UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Acuna,

         Plaintiff,

  v.

Chrones, et al,

         Defendant.

Case Number: C07-5423   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arcadio S. Acuna
C-43165    C-10-119
PBSP
PO Box 7500
Crescent, CA 95532

Dated: March 25, 2008

         Richard W. Wieking, Clerk
         By: Cora Klein, Deputy Clerk