Arcadio S. Acuna #C-43165
Pelican Bay State Prison / EC-10-119
P.O. Box 7500
Crescent City, CA 95532

Mar. 20, 2008

RECEIVED
MAR 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Acuna v. Chrones, No. 07-5423-VRW (PR)

Dear Clerk,

I am writing in reference to the above entitled cause of action which was filed on Oct. 24, 2007. I am requesting that you provide me with a copy of the "Docket Sheet" in the case so that I may be aware of its current status.

Sincerely,

Arcadio Acuna

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA