AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ARCADIO S. ACUNA ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   CV 07-05423 VRW |
| LEA ANN CHRONES ) | |
| Defendant ) | |

**Summons in a Civil Action**

To:            D. Hawke
       *(Defendant's name)*

A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
   Arcadio S. Acuna   ID# C-43165
   Pelican Bay State Prison   C-10-119, P.O. Box 7500, Crescent City, CA 95532

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                Richard W. Wieking
                                                                Name of clerk of court

Date:  April 7, 2008                                    **SIMONE VOLTZ**
                                                                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arcadio S. Acuna | 3:07-5423 VRW |
| DEFENDANT | TYPE OF PROCESS |
| Lea Ann Chrones et al. | Order, Complaint, Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
D. Hawke - CDCR - Correctional Officer

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
9838 Old Placeville Rd., Sacramento, CA 95827

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Arcadio S. Acuna    ID# C-43165
Pelican Bay State Prison    C-10-119
P.O. Box 7500
Crescent City, CA 95532

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

Signature of Attorney other Originator requesting service on behalf of:
**SIMONE VOLTZ**

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE
4/7/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date

Time    ☐ am    ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
**LEGAL ACCESS TEAM**

1515 S Street, 95814
P.O. Box 942883
Sacramento, CA 94283-0001



April 10, 2008

Office of the Clerk, U. S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

To Whom It May Concern:

The enclosed documents are being returned to you by the Office of Legal Affairs (OLA), as the OLA is not authorized to accept service of process for the named individuals; Michael Ruff, Everett Fischer, Devan Hawkes, William Luper, and Gary Williams. However, the correct address for proper service of the enclosed documents is as follows:

    California Department of Corrections and Rehabilitation
    **Office of Correctional Safety**
    2880 Sunrise Blvd., Suite 130
    Rancho Cordova, CA 95742
    Attention: Everett Fischer
    Senior Special Agent

If you have any questions, please contact me at (916) 341-6962.

Sincerely,

*Aurelia Lucero*

Aurelia Lucero
Associate Governmental Program Analyst
Office of Legal Affairs

Enclosures