EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5443
 Fax:  (415) 703-5843
 Email:  Charles.Antonen@doj.ca.gov

Attorneys for Defendants
J. Woodford, E. Alameida, R. Kirkland, L. Chrones,
G. Williams, N. Grannis, E. Fischer, D. Hawkes,
M. Ruff, M. Hunter, J. Garcilazo, and W. Luper

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ARCADIO S. ACUNA,** | C 07-5423 VRW |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| **LEA ANN CHRONES, et al.,** | |
| Defendants. | |

**PLEASE TAKE NOTICE:**

In accordance with Federal Rule of Evidence 201(b)(2) and *MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986), Defendants J. Woodford, E. Alameida, R. Kirkland, L. Chrones, G. Williams, N. Grannis, E. Fischer, D. Hawkes, M. Ruff, M. Hunter, J. Garcilazo, and W. Luper request the Court take judicial notice of the following documents, which are on file with the Superior Court of California, County of Del Norte.

| Exhibit | Document |
|---|---|
| 1 | Petition for Writ of Habeas Corpus in Case No. HCPB 05-5242. |
| 2 | Request for Informal Response to Petition for Writ of Habeas Corpus in Case No. HCPB 05-5242. |
| 3 | Informal Response in Case No. HCPB 05-5242. |
| 4 | Reply to Informal Response to Petition for Writ of Habeas Corpus in Case No. HCPB 05-5242. |
| 5 | Order to Show Cause Re Writ of Habeas Corpus in Case No. HCPB 05-5242. |
| 6 | Return and Supporting Memorandum of Points and Authorities in Case No. HCPB 05-5242. |
| 7 | Denial to Respondent's Return in Case No. HCPB 05-5242. |
| 8 | Order Setting Status Review in Case No. HCPB 05-5242. |
| 9 | Submission by Arcadio Acuna in Response to Court's Invitation for Supplemental Briefing in Case No. HCPB 05-5242. |
| 10 | Supplemental Brief Regarding "Revalidation" in Case No. HCPB 05-5242. |
| 11 | Supplemental Briefing for Hearing in Case No. HCPB 05-5242. |
| 12 | Supplemental Declaration of Arcadio Acuna in Case No. HCPB 05-5242. |
| 13 | Dismissal in Case No. HCPB 05-5242. |
| 14 | Docket Sheet in Case No. HCPB 05-5242. |
| 15 | Petition For Writ of Habeas Corpus in Case No. HCPB 06-5235. |
| 16 | Request for Informal Response to Petition For Writ of Habeas Corpus in Case No. HCPB 06-5235. |

| | | |
|---|---|---|
| 17 | Informal Response in Case No. HCPB 06-5235. |
| 18 | Reply to Informal Response in Case No. HCPB 06-5235. |
| 19 | Order Dismissing the Petition for Habeas Corpus in Case No. HCPB 06-5235. |
| 20 | Docket Sheet in Case No. HCPB 06-5235. |

Dated: June 23, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

 /s/ Charles J. Antonen
CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants
J. Woodford, E. Alameida, R. Kirkland, L. Chrones, G. Williams, N. Grannis, E. Fischer, D. Hawkes, M. Ruff, M. Hunter, J. Garcilazo, and W. Luper

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Acuna v. Chrones, et al.**

No.:   **C 07-5423 VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 23, 2008**, I served the attached

## REQUEST FOR JUDICIAL NOTICE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Arcadio Acuna, C-43165**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA  95532**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 23, 2008**, at San Francisco, California.

|  J. Palomino  |  /s/ J. Palomino  |
| :---: | :---: |
| Declarant | Signature |

20118321.wpd