# EXHIBIT 1
# Part 2 of 2

REC'D CAL APPEALS
APR 26 2004

04 724
ATTACHMENT
TO: 04 545

<u>CDC-602 (cont'd)</u>

alleged gang members since my release from indeterminate SHU in May 2000 and dispute the truthfulness of the source providing this false information, submitting that if as the 1030 form indicates this prisoner was himself involved in criminal activities he lied in order to gain for himself preferential treatment in the way of classification, custody or placement considerations. Moreover, I assert that the mandates of CCR, Title 15, sec. 3322(d)(2) were not adhered to in establishing the reliability of the information provided, and on this basis submit that the document should not have been relied on in any decision affecting my classification and custody status. Furthermore, there a serious due process violation concerns here arising from the fact that when this false accusation was made I was not provided a CDC-1030 form so that at that time I don't have challenged it and mounted a viable defense to prove the information was false. To wait 3½ years to disclose the information after! the validation package had been submitted to Sacramento gave me no opportunity to defend myself to the individuals making what clearly is a life-altering decision.

(17)

STATE OF CALIFORNIA
CDC 1030 (12/86)

REC'D CAL APPEALS
APR 26 2004

04-724
AS-237

ATTACHMENT
TO:    04-545

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C43165          INMATE NAME: ACUÑA

1)  Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a)  CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2)  Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a)  ☐  This source has previously provided confidential information which has proven to be true.

b)  ☐  This source participated in and successfully completed a Polygraph examination.

c)  ☒  More than one source independently provided the same information.

d)  ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

e)  ☐  Part of the information provided by the source(s) has already proven to be true.

f)  ☐  Other (EXPLAIN) _____

3)  Disclosure of information received.

The information received indicated the following: that you inmate Acuña
continued to communicate with a
validated Northern Mafia member
Arturo Estrada CDC # C-63175.

_____

(If additional space needed, attach another sheet.)

4)  Type and current location of documentation. (for example CDC-128-B of 5-15-86 in the confidential material folder) CDC-128 B Dated 09-21-00 authored
by Correctional Officer B. Shelton located in

_____         _____
TITLE                    04/20/04
                         DATE DISCLOSED

Central File: GREEN — Inmate; YELLOW — Institution Use

(18)

87-82069

REC'D CAL APPEALS
APR 2 7 2004

ATTACHMENT 04-724
TO:
ATTACHMENT
TO: 04-545

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____
2. _____

Log No.
1. _____
2. _____

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Acuna | C-43165 | Ad Seg | AS-237 |

A. Describe Problem: On 4/20/04 I received a CDC-1030 Confidential Information Disclosure Form which described a confidential memorandum dated 9/23/03 alleging that I had continued to involve myself in prison gang activities, by sending money to gang members. This information was supposedly provided by a source whose reliability was established solely on the basis that he had incriminated himself in a criminal activity at the time of providing the information. By this appeal I am asserting that this information is false and that I was denied due process by; (1) the fact that the

If you need more space, attach one additional sheet.                    (see attached)

B. Action Requested: Expunge Confidential Memorandum from my C-File & nullify validation process which relied on information contained in the memorandum.

Inmate/Parolee Signature: _Arcadio Acuna_          Date Submitted: 4/25/04

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

(19)

REC'D CAL APPEALS    ATTACHMENT
APR 2 7 2004    TO: ~~04 724~~

ATTACHMENT
TO: ~~04 545~~

CDC-602 (cont'd)

information was not disclosed to me at the time it was provided so that I could challenge its veracity, (2) that it was relied on in the validation process without allowing me an opportunity to dispute it, (3) that its reliability was not established in conformance to CCR, Title 15, sec. 3321(d)(1)-(3), and (4) that the source providing the false information did so simply in order to gain for himself preferential treatment in the way of classification, custody, or placement considerations. Finally, I vehemently deny that I have been involved in any type of criminal and/or prison gang activities, and submit that a review of my C-File indicates everything contrary to this accusation, showing that since my release from indeterminate SHU in May 2000, I programmed without committing major rule infractions, that I received commendatory work performance reports from all my supervisors, that I earned numerous Certificates of Vocational Achievement, and that I also success-fully completed a self-help course in substance abuse/anger management.

(20)

ATTACHMENT A5-237

STATE OF CALIFORNIA
CDC 1030 (12/86)

REC'D CAL APPEALS
APR 2 7 2004

TO: 04 724
DEPARTMENT OF CORRECTIONS

ATTACHMENT
TO: 04 545

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C43165          INMATE NAME: ACUNA

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☐ More than one source independently provided the same information.

   d) ☒ This source incriminated himself / herself in a criminal activity at the time of providing the information.

   e) ☐ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (EXPLAIN) _____

   _____

3) Disclosure of information received.

   The information received indicated the following: That you Inmate Acuna
   continue to involve yourself in Mexican
   Mafia Prison Gang activities by sending
   money to Mexican Mafia members.
   _____
   _____
   _____

   (If additional space needed, attach another sheet.)

4) Type and current location of documentation. (for example: CDC-128-B of 5-15-86 in the confidential material
   folder): Confidential Memorandum dated 9-23-03
   Located in your Confidential folder

   _____          _____
   STAFF SIGNATURE, TITLE    Sgt./IGI         4/20/04  DATE DISCLOSED

(21)

87282069

REC'D C ) APPEALS
APR 2 8 2004

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____
2. _____

Log No.

1. _____
2. _____

ATTACHMENT
TO:          Category

ATTACHMENT
TO: 04 545

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Acuna | NUMBER C-43165 | ASSIGNMENT Ad Seg | UNIT/ROOM NUMBER A5-237 |
|---|---|---|---|

A. Describe Problem: On 4/20/04 a Confidential Information Disclosure Form was provided which identified a Confidential Memorandum dated 12/12/03 alleging that I had continued to participate in prison gang activities while at CSP/LAC Fac B. The reliability of the information was supposedly established by criteria (e) in that part of the information provided by the source(s) had allegedly already proven to be true. Furthermore during an interview with IST Lt. Garcilaga, he stated that a letter from some unnamed individual had been intercepted, and that said letter

If you need more space, attach one additional sheet.

(see attached)

B. Action Requested: Expunge Confidential Memorandum from my C-File, nullify validation process that relied on false information, and return to general population.

Inmate/Parolee Signature: _Arcadio Acuna_          Date Submitted: 4/26/04

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

(22)

REC'D CAL APPEALS
APR 28 2004

ATTACHMENT
TO:      04 724
ATTACHMENT
TO:      04 545

CDC-602 (cont'd)

indicated I was involved in criminal gang activities. I vehemently deny this allegation, and assert that the information contained in the confidential memorandum dated 12/12/03 is false, and is completely contradicted by the other documentation in my C-File showing that since my release from indeterminate SHU in May 2000, I have conformed to behavioral expectations, have performed assigned duties with diligence earning high marks of approval from supervisors, and do not doubt that if interviewed these supervisors would attest to the fact they saw no indication I was involved in gang activities. During the almost four years that I remained in the general population of CCI, Fac. A, and CSP, LAC, Fac's B & D, my conduct was exemplary, and in fact I successfully completed a self-help anger management/substance abuse course under the direction of Dr. E. Eskandari, Ph.D, and he was so impressed by my conduct and maturity that he requested I become a mentor for his self-help group.   All of the above thus clearly shows that I was not and am not involved in any type of prison gang activity.

RECEIVED APPEALS
APR 28 2004

ATTACHMENT
TO: 04 724

ATTACHMENT
TO: 04 545

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C 43165     INMATE NAME: ACUNA

1)   Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a)   CDC-115, Disciplinary Report dated _____ submitted by
_____
STAFF NAME, TITLE

b)   CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2)   Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a)   ☐  This source has previously provided confidential information which has proven to be true.

b)   ☐  This source participated in and successfully completed a Polygraph examination.

c)   ☐  More than one source independently provided the same information.

d)   ☐  This source incriminated himself/herself in a criminal activity at the time of providing the information.

e)   ☒  Part of the information provided by the source(s) has already proven to be true.

f)   ☐  Other (EXPLAIN) _____

3)   Disclosure of information received.

The information received indicated the following: that you inmate Acuna
C-43165 continued to participate with
American prison Gangsters, while at the
California State Prison-Los Angeles County
facility 1B

(If additional space needed, attach another sheet.)

4)   Type and current location of documentation. (for example: CDC-128-B of 5-15-86 in the confidential material folder) Confidential Memorandum dated 12-12-03. Available in
your C-file located in your Institutional Gang Administrator Assistant
located in your confidential folder.

Keo 3(4)161                                        04/30/04
STAFF SIGNATURE, TITLE                            DATE DISCLOSED

State of California                                                      Department of Corrections

# Memorandum

Date    :    July 1, 2004

To      :    Stuart Ryan
             Warden (A)
             Calipatria State Prison

Subject:    **INMATE ACUNA C-43165 APPEAL**

Inmate Acuna, C-43165 A5-237, is appealing his gang validation package submitted by CSP-Los Angeles CO. (LAC). Acuna was transferred to Calipatria State Prison (CAL) from LAC on March 1, 2004. CAL was advised by LAC that they had submitted the validation package on Acuna. On March 5, 2004 the validation on Acuna was received at CAL. Acuna was housed in Administrative Segregation pending transfer.

Correctional Sergeant Roe served three CDC 1030 prepared by Institutional Gang Investigator (IGI) at LAC. LAC has all the documents that they submitted for the validation on Acuna.

In the past when CAL has submitted validation packages and there have been appeals on the validation package, the appeal has been sent to CAL for the IGI to answer. This is what happened with Inmate Staska when he was transferred to Centinela State Prison (CEN). Sergeant Roe went to CEN, interviewed and answered Inmate Staska's appeals. This has also transpired when another inmate was transferred to CA Correctional Institution, Tehachapi (CCI).

Recommend that these three appeals be forwarded to IGI at LAC for them to answer. IGI at CAL will assist them with what ever they need to answer the appeals.

R. Anti
Correctional Lieutenant
Chief Investigator
Calipatria State Prison

Recommend this appeal also be sent to LAC as I did with the other one —

ANTI

State of California

**04 545**

ATTACHMENT
TO:

Department of Corrections

# Memorandum

. Date : July 1, 2004

*(handwritten)* Dr forward appeals to
LAC - IGI

To : Stuart Ryan
Warden (A)
Calipatria State Prison

*(handwritten signature)* 7/6/04

Subject: **INMATE ACUNA C-43165 APPEAL**

Inmate Acuna, C-43165 A5-237, is appealing his gang validation package submitted by CSP-Los Angeles CO. (LAC). Acuna was transferred to Calipatria State Prison (CAL) from LAC on March 1, 2004. CAL was advised by LAC that they had submitted the validation package on Acuna. On March 5, 2004 the validation on Acuna was received at CAL. Acuna was housed in Administrative Segregation pending transfer.

Correctional Sergeant Roe served three CDC 1030 prepared by Institutional Gang Investigator (IGI) at LAC. LAC has all the documents that they submitted for the validation on Acuna.

In the past when CAL has submitted validation packages and there have been appeals on the validation package, the appeal has been sent to CAL for the IGI to answer. This is what happened with Inmate Staska when he was transferred to Centinela State Prison (CEN). Sergeant Roe went to CEN, interviewed and answered Inmate Staska's appeals. This has also transpired when another inmate was transferred to CA Correctional Institution, Tehachapi (CCI).

Recommend that these three appeals be forwarded to IGI at LAC for them to answer. IGI at CAL will assist them with what ever they need to answer the appeals.

R. Anti
Correctional Lieutenant
Chief Investigator
Calipatria State Prison

(28)

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                    ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**Inmate Appeals Branch**
**P.O. Box 942883**
**Sacramento, CA 94283-0001**

December 20, 2004

Acuna, CDC #C-43165
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

Re: Institution Appeal Log #CAL 04-545/LAC 04-02386 Living Conditions

Dear Mr. Acuna:

The enclosed documents are being returned to you for the following reasons:

Your appeal is incomplete.  You must include supporting documentation.  Your appeal is missing the Second Level Response from the institution.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process.  Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

(27)

******PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE*****

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF CORRECTIONS**
Inmate Appeals Branch
P.O. Box 942883
Sacramento, CA 94283-0001

RECEIVED

JUL - 7 2005

INMATE APPEALS
BRANCH

May 24, 2005

~~Appeals Coordinator~~
California State Prison, Los Angeles County
44750 - 60th Street West
Lancaster, CA 93536-7620

    RE:  ACUNA, CDC #C-43165 Institution Appeal Log #LAC-X-04-02386 Case
         Info & Records

To the Appeals Coordinator:

A response is needed at the next appropriate level of review.

Please have the Second Level Response signed.  Please complete and return the requested
documents to this office by June 23, 2005.

N. GRANNIS, Chief
Inmate Appeals Branch

JUL 0 1 2005

Response corrected w/ COW
Signature

INMATE APPEALS
CALIFORNIA STATE PRISON
LOS ANGELES COUNTY
44750 60TH STREET WEST
LANCASTER, CA 93536

Received Corrected
Signed form
response form
COW.

(38)

*****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE*****

MAY 3 1 2005

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    ARNOLD SCHWARZENEG

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**P.O. Box 942883**
**Sacramento, CA 94283-0001**

Date: 8-3-05

To: ACUNA, C-43165
D-3-112
PBSP SHU

Subject:     **RECEIPT OF CORRESPONDENCE**

5-2-05

This notification is to inform you that your correspondence
regarding:



Validation

has been received the Ombudsman's Office. An inquiry
relative to your issue(s) has been forwarded to the appropriate
staff for response. This office will notify you of the outcome of
the inquiry or you will receive a direct response from staff as
soon as information is available or a resolution has been
determined.

You may contact me if you have further questions or concerns
regarding this matter.

DUNCAN FALLON
Ombudsman's office
P.O. Box 942883

EXHIBIT-D

(33)

STATE OF CALIFORNIA
CDC 128-B-2 (5/95)                                                    DEPARTMENT OF CORRECTIONS

INMATE'S NAME:  ACUNA, ARCADIO                         CDC NUMBER:  C43165

On 02/04/00 a gang validation package regarding subject was received from Institution Gang Investigator CRANDALL at PBSP.
                          **TOTAL NUMBER OF ITEMS SUBMITTED FOR REVIEW:** (1)
The following items **meet** the validation requirements:  128B DATED 01/31/00.
                    **TOTAL NUMBER OF ITEMS WHICH MEET VALIDATION REQUIREMENTS:** (1)
The following items **do not meet** the validation requirements and were/shall not be used as a basis for validation:  NONE.
                    **TOTAL NUMBER OF ITEMS WHICH DO NOT MEET VALIDATION REQUIREMENTS:** (0)

                          GANG VALIDATION/REJECTION REVIEW
Date:  02/07/00                  (CONTINUED ON REVERSE)                GENERAL CHRONO
                                LEIU/SSU

                              ACTION OF REVIEWER

Pursuant to the validation requirements established in 15 CCR Section 3378, ACUNA, ARCADIO is:

            ☒  **VALIDATED**      ☐  **REJECTED**

as a inactive associate of the **MEXICAN MAFIA** prison gang.

REVIEWER'S SIGNATURE
S.C. WOHLWEND, Senior Special Agent    *S. Wohlwend*          DATE: 02/07/00

DISTRIBUTION:
Original - Central File
Copy - Classification & Parole Representative/Parole Administrator I
Copy - Institutional Gang Investigator/Region Gang Coordinator
Copy - Law Enforcement Liaison Unit
Copy - Inmate/Parolee

CAPTAIN, INVESTIGATIVE SERVICES.
'00 FEB 10 AM 8 31
RECEIVED

(74)

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

### ACUNA, ARCADIO, SERRANO C-43165 AKA "CADIO"          CDC 128-B (REV. 4/74)

On Monday, January 17, 2000, an investigation was initiated on inmate **ACUNA**, **C-43165**, per the California code of Regulations, section 3378 (d) (e), regarding his (Active/In-Active) gang status.

**ACUNA** was validated on 11-29-90, as an associate of the **Mexican Mafia** prison gang.

The last source document showing activity is dated, **08-31-90.**

During the investigation the following areas were reviewed:

| | | |
|---|---|---|
| CENTRAL FILE | 01/17/00 | I. Dominicci |
| ARCHIVES | N/A | N/A |
| LEIU/INTELL OPS | 01-28-00 | Agent D. Smith |
| CAL GANGS | 01/17/00 | Officer J. Bales |
| WSIN | 01/17/00 | Officer J. Bales |
| PAROLES, LEADS | N/A | N/A |
| LOCAL LAW ENFORCEMENT | 01/19/00 | Deputy S. Chapman |

A review of the above areas revealed no gang activity with the last six years.

A search of **ACUNA'S** assigned cell (D-6207L) proved negative for gang activity.

The Offender Based Information System (OBIS) indicated **ACUNA** has been in Pelican Bay State Prison since 01/19/91.

Based on the above information it is recommended **ACUNA, C-43165,** be placed on **In-Active** status.

**ACUNA** was photographed, and an **In-Active** package is being submitted to the Law Enforcement & Investigations Unit for approval.

**I. Dominicci**
I.S.U. Gang Investigator
In-Active Gang Task Force

Pelican Bay State Prison
DATE: 01/31/2000          GANG INFORMATION/IGI REVIEW / IN-ACTIVE STATUS          CDC 128-B

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS
                                                                                                              CDC-128G (Rev. 12/91)

NO.  C-43165     NAME:  ACUNA, Arcadio          D6-207
Custody:  MAX AS     CS: 81     LEV-IV     WG/PG: D1/D          Assignment:     SHU INDET
RelDate:  MEPD 05/17/2012              Reclass: 05/25/2000      Action:     REFER TO DRB RX TX CCI-IV/
                                                                            SVSP-IV (180) BASED ON INACTIVE
                                                                            GANG STATUS; REFER TO ED FOR
                                                                            TABE TESTING

Inmate ACUNA appeared before PBSP FAC C ICC on this date for Special Review. Committee notes a CDC 128B2 dated 02/07/2000, which documents S as being validated as an inactive associate of the "Mexican Mafia" (EME) Prison Gang. Pursuant to Administrative Bulletin 9908, ICC elects to refer this case to the Departmental Review Board (DRB) recommending S be transferred to CCI-IV with an alternative of SVSP-IV (180). Committee acts to refer S to Education for TABE Testing. S has been reviewed for adaptive functioning criteria, and Committee notes no physical or developmental limitations which would require a Developmental Disability Placement (DDP) referral. ICC acts to retain "S" suffix based upon the current Directors policy regarding the double celling of prison gang members and associates at PBSP-SHU. Any double celling requests while housed in PBSP-SHU will be reviewed by Committee for approval per Director's policy. Case factors: S is a 49-year-old, Hispanic, PVWNT, multi-termer, received in CDC on 03/11/87, from Santa Clara County, subsequent to conviction for Kidnap for Robbery (3 counts), for which he received a total prison term of Life + Life + Life + 8 years. S was received at PBSP on 01/19/91, from SAC. S was endorsed on 11/10/99, having received an Indeterminate SHU term for (continued)

Date:   02/24/2000     (O'DELL/sz)          Classification     FAC C ICC REVIEW                          Inst: PBSP

---

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS
                                                                                                              CDC-128G (Rev. 12/91)

Page 2

validation as an associate of the "Mexican Mafia" (EME) Prison Gang. S is not foreign born. There are no holds, arsons or sex offenses. Escapes: 1978, Escape from CRC. Disciplinary overview: Talking in Law Library, Resisting Staff, Assault, Work Performance, Narcotics, Fighting, and Staff Assault. Medical status: Full Duty. No Psych concerns. CDC 128C dated 06/10/96, and updated on 02/24/2000, clears S for placement in PBSP-SHU per Madrid court order criteria. D. Costiloe, LCSW, who was a participant in this Committee, confirms that S's mental health reflects no need for mental health care. The commitment offense does not meet Mentally Disordered Screening criteria per PC 2962. TB code 22 per CDC 128C dated 04/28/99. Education: S needs testing. CDC 812 lists enemies. Gang/TIP: Associate of "EME" Prison Gang with AKA of "Carrio." Confidential folder noted and reviewed. CLLR: San Bernardino County. Notification required per PC 3058.6. S does not meet 270 design criteria due to the following exclusionary factors: SHU placement within the last three (3) years. S is ineligible for CCRC/CCF/MSF/CAMP placement due to his current SHU housing and is ineligible for Restitution Center due to his representing an unacceptable risk to the community. Restitution is not required. S was advised of Committee's action, his right to appeal, and that this Committee constitutes his First Level of Review for Appeal Purposes. S acknowledged understanding and agreed with Committee's action. Next scheduled Committee appearance will be 05/25/2000, for 180 Day Review.

Date:   02/24/2000     (O'DELL/sz)          Classification     FAC C ICC REVIEW                          Inst: PBSP

---

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS
                                                                                                              CDC-128G (Rev. 12/91)

Page 3

INMATE'S COPY
INMATE'S COPY

COMMITTEE CHAIRPERSON: T. SCHWARTZ, AW          D. SMITH, FC     D. COSTILOE, LCSW          RECORDER: R. PEDERSON, CCII(A)

Date:   02/24/2000     (O'DELL/sz)          Class               FAC C ICC REVIEW                          Inst: PBSP

NO.: C43165  NAME:  ACUNA  HOUSING:      IVA-2A 210 U

INMATE COPY

Custody:  CLO A  CS:  79  Level:  IV  WG/PG:  A1A  Eff. Date:  8/3/00
Type/Release Date:  MEPD 5/17/2012
TT:   3X LIFE + 8 YRS   BPT:   DOC #4 6/03   Assignment/Action Taken:  ANNUAL REVIEW/ IN ABSENTIA;
RETAIN CLO A; A1A EFF 8/3/00; ASSIGNED LIBRARY
CLERK CPP; D/C

**Comments:**

Inmate ACUNA case was reviewed by UCC in absentia on this date for the purpose of ANNUAL REVIEW. He is a 49-year old, HISPANIC, 4TH-termer, received into CDC on 3/11/87 from SANTA CLARA County for the offense of 3 CTS OF KIDNAP ROBBERY. He was originally received at CCI Unit IVA on 7/20/00 from PBSP SHU. Special Skills: PLUMBER, LIBRARY CLERK. GPL: UNK. Reading Level: UNK. Medical Status: FULL DUTY. Psych Concerns: NONE. Inmate does not meet criteria for MDO consideration. Inmate has been reviewed for DDP and does not meet the criteria. Inmate has been reviewed for DPP and does not meet criteria. TB Code 22 per CDC 128-C dated 5/4/01. Escapes: 1978 ESCAPE FROM ORWA TOUR LAVERNE COLLEGE. Arsons: CLEAR. Sex Related Offenses: CLEAR. HWD: CLEAR. Past Substance Use: POLY DRUG USER. CDC 812 Notes Enemies: NOTED. Gang Affiliation: MEXICAN MAFIA PRISON GANG INACTIVE. Moniker:  CADIO.  Confidential Information:  Yes and all material reviewed and approved.     Registration Required Per: PC 296. Notification Required Per: PC3058.6. Restitution Ordered: N/A. Past disciplinary history consists of notable CDC 115's for: 4/01/01 POSS OF ALCOHOL, 3/95, 12/94 UNAUTHORIZED TALKING, 12/90 RESISTING STAFF, 7/90 ASLT ON I/M, 2/88 POSS OF NARCOTIC PARAPHENELIA, 3/87 FIGHT. UCC conducted a review of inmate ACUNA central file to determine his housing assignment. Inmate meets criteria for Double Celling. PC 2930/2933 have been complied with and all behavioral expectations have been explained. CDC Forms 127, 812, 840, and Minimum Eligibility Screening have been reviewed and updated, and PC 5068 has been discussed. Inmate is disqualified for Fire Camp Yes, MSF Yes, Community Correctional Facility Yes, Substance Abuse Treatment Center Yes, Restitution Center Yes, or Community Correctional Re-entry Center Programs Yes, based on his CLS, VIO. Specific case comments: ASSIGNED LIBRARY CLERK, 1O1'S REFLECT AVERAGE, 1 RVR 4/1/01 POSS OF ALCOHOL. After reviewing all case factors, Committee acts to RETAIN CLO A; A1A EFF 8/3/00; ASSIGNED LIBRARY CLERK CPP. Classification Committee actions were discussed and explained to inmate and inmate acknowledges Committee's decisions and is in agreement with Committee actions. Inmate has been advised of his appeal rights. Next anticipated review date is 4/02 for ANNUAL. Appropriate Facility Design: 180 A1 EXPIRES ON 7/20/03 .

COMMITTEE:

J. LEKSAN, CCII (A)              M. STAINER, FACILITY CAPTAIN (A)        E. BURTON, CC-I
RECORDER                               CHAIRPERSON
DR. ESKANDARI, PSYCH.
L. GEORGE, SAI(A)

Date:   5/23/01      EB         Classification  UCC/ANNUAL              Inst: CCI-IVA

STATE OF CALIFORNIA
CDC 101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| 1 = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| 2 = ABOVE AVERAGE | 3 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| 3 = SATISFACTORY | 3 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| 4 = BELOW AVERAGE | 3 | D. INTEREST IN ASSIGNED WORK | 7 | I. QUALITY OF WORK |
| 5 = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

PAY STATUS:  FROM: $          TO: $          FROM: JOB NO.                    TO: JOB NO.

TOTAL # Hours Assigned:                    TOTAL # Hours Worked:

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| LIB-A.100 | 1-31-01 | Vecreational library clerk | 5-22-01 to 4-1-02 |

RECOMMENDED FOR:  ☐ REASSIGNMENT  ☒ RETAIN  ☐ PAY INCREASE  ☐ PAY DECREASE    INMATE'S INITIALS: QA

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE): Very capable, keeps things organized, valuable worker

CODE OF SAFE PRACTICES REVIEWED SUPV'S INITIALS:        INMATE'S INITIALS QA

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| H. Stanford | 1 year, 3 mos | Libus | MEX |

| INMATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| Acuna | C-43165 | CCI | 8 May 02 |

---

*I/m copy*

STATE OF CALIFORNIA
CDC 101 (1/92)

**WORK SUPERVISOR'S REPORT**

DEPARTMENT OF CORRECTIONS

| GRADES | GRADE | | GRADE | |
|---|---|---|---|---|
| = EXCEPTIONAL | 3 | A. DEMONSTRATED SKILL AND KNOWLEDGE | 3 | F. TEAMWORK AND PARTICIPATION |
| = ABOVE AVERAGE | 3 | B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS | 3 | G. LEARNING ABILITY |
| = SATISFACTORY | 2 | C. ATTITUDE TOWARD SUPERVISORS AND STAFF | 3 | H. USE OF TOOLS AND EQUIPMENT |
| = BELOW AVERAGE | 3 | D. INTEREST IN ASSIGNED WORK | 3 | I. QUALITY OF WORK |
| = UNSATISFACTORY | 3 | E. EFFORT DISPLAYED IN ASSIGNED WORK | 3 | J. QUANTITY OF WORK |

PAY STATUS:  FROM: $          TO: $          FROM: JOB NO.                    TO: JOB NO.

TOTAL # Hours Assigned:                    TOTAL # Hours Worked:

| INMATE ASSIGNED TO | DATE ASSIGNED | ACTUAL WORK CONSISTS OF | PERIOD COVERED BY REPORT |
|---|---|---|---|
| Lib-A-100 | 1-31-01 | Library Worker Circulation Clerk | 1-31-01 - 5/22/01 |

RECOMMENDED FOR:  ☐ REASSIGNMENT  ☒ RETAIN  ☐ PAY INCREASE  ☐ PAY DECREASE    INMATE'S INITIALS: QA

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE): Good Worker, Cooperative Good Attitude

CODE OF SAFE PRACTICES REVIEWED SUPV'S INITIALS:        INMATE'S INITIALS: QA

| SUPERVISOR | LENGTH OF SUPERVISION | WORK DETAIL | ETHNICITY |
|---|---|---|---|
| L. Reniche Librarian (A) | 3.5 Months | | M |

| INMATE'S NAME | CDC NUMBER | INSTITUTION | DATE |
|---|---|---|---|
| Acuna | C43165 | CCI 4A | 5/22/01 |

(173)

# California Correctional Institute

## This certifies that

ARCADIO ACUNA

CDC#: C-43165

## has completed a twelve week course in

## anger management and substance abuse

GIVEN THIS 24th DAY OF DECEMBER
IN THE YEAR OF OUR LORD 2001
AT THE TOWN OF TEHACHAPI, STATE
OF CALIFORNIA.

Esfandiar Eskandari Ph. D

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC-128G (REV.12/95)

NO.: C43165          NAME: ACUNA     HOUSING: IVA-2A-210U

Custody: CLO-B  CS: 73  Level: IV  WG/PG: A1/A  Eff. Date: 1-31-01
Type/Release Date: MEPD 4-5-2013
TT: 3X LIFE + 8 YR'S  BPT: DOC #4 6/2003  Assignment/Action Taken: ANNUAL/ TRANSFER REVIEW- I/M
PRESENT, RETAIN CCI-IVA CHG CLO-A TO CLO-B
CUSTODY, REFER CSR RX TX LAC-270 alt CEN-270 (
FAMILY TIES, TRADES) RETAIN A1/A UPON TX. AND
CONTINUE PRESENT PROGRAM. D/CELL.

Comments:

Inmate ACUNA'S case was reviewed by UCC IN PERSON on this date for the purpose of ANNUAL TRANSFER REVIEW.
He is a HISP, 50-year-old, MULTI-termer, received into CDC on 3-11-87 from SANTA CLARA County for the offense of
KIDNAP FOR ROBBERY (3 CT'S). He was originally received at CCI Unit IVA on 7-20-2000 from PBSP-SHU. Special
Skills: I/M CLAIMS PLUMBER. GPL: 12.5. Reading Level: 12.9. Medical Status: FULL DUTY. Psych Concerns:
CLEAR 128C DTD. 2/24/00. I/M does not meet criteria for MDO consideration. Reviewed for DDP/DPP, does not meet
criteria. An *IDTT / Psychiatric Evaluation* was not conducted with the following notations;N/A. TB Code 22 per CDC 128-C dated
5/4/01. Escapes: 1978 ESCAPE FROM ORWA TOUR LAVERNE COLLEGE. Arsons: CLEAR. Sex Related Offenses:
CLEAR. SVP: NO. HWD: CLEAR. Past Substance Use: POLY DRUG USER. CDC 812 Notes Enemies: YES. Gang
Affiliation: INACTIVE MEMBER OF THE MEXICAN MAFIA PRISON GANG, NOTE DRB DTD 5-31-00. Moniker:
CADIO. Confidential Information: None noted. Registration Required Per: N/A. Notification Required Per: PC296 &
PC3058.6. Restitution Ordered: NONE. Past disciplinary history consists of notable CDC 115's for POSS OF I/M MANUF
ALCOHOL UNAUTHORIZED TALKING, RESISTING STAFF, ASSLT. ON I/M WINSTON D51285, FAILURE TO
REPORT TO JOB ASSIGN, POSS OF NARCOTIC'S & PARAPHENALIA, FORCE AND VIOLENCE (2 CT'S). UCC
conducted a review of inmate ACUNA'S central file to determine his housing assignment. Inmate meets criteria for Double
Celling. PC2930/2933 have been complied with and all behavioral expectations have been explained. CDC Forms 127, 812,
840, and Minimum Eligibility Screening have been reviewed and updated, and PC 5068 has been discussed. Inmate is
disqualified for Fire Camp Yes, MSF Yes, Community Correctional Facility Yes, Substance Abuse Treatment Center Yes,
Restitution Center Yes, or Community Correctional Re-entry Center Programs Yes, based on his VIOLENCE/ TIME TO
SERVE. Specific case comments: UCC NOTES TRANSFER ANNUAL REVIEW "S" REMAINED DISCIPLINARY FREE
FOR ANNUAL PERIOD. ASSIGNED TO LIBRARY NOTE THERE WERE NO CDC 101 WORK PERFORMANCE
REPORTS IN "S" CENTRAL FILE HOWEVER SUPERVISOR (MR STANDFORD) STATES SATISFACTORY WORK
PERFORMANCE. CLS ADJUSTED 81 TO 73. "S" REQUESTS PLACEMENT AT LAC-270 DUE TO FAMILY HARDSHIP
STATES BROTHER HAS PHYSICAL IMPAIREMNET AND TRADE. After reviewing all case factors, Committee acts to
RETAIN CCI-IVA, ASSIGNED TO LIBRARY CHANGE CLO-A TO CLO-B CUSTODY. REFER CSR RX TX LAC-270 alt
CEN-270; RETAIN A1/A UPON TRANSFER. Classification Committee actions were discussed and explained to inmate and
inmate participated in the UCC discussion and decision and is in agreement with Committee actions. Inmate has been advised
of his appeal rights. Next anticipated review date is 5/1/03 for ANNUAL REVIEW. Appropriate Facility Design: 270.

COMMITTEE:

R. LEHMAN, ED.                          A. LOPEZ, F.C.                          L.A. HANSEN, CCII (A)
S. BUENTIEMP, CCI                                                               RECORDER
DR SKEEN, PSYCH                         CHAIRPERSON

Date: 5/1/02  sb          Classification: UCC ANN/INT REVIEW          Inst: CCI-IVA

STATE OF CALIFORNIA        CDC 128-G (8/798)      CLASSIFICATION CHRONO      DEPARTMENT OF CORRECTIONS

| CDC Number: C43165 | Name: ACUNA | TB Status: 22 | Hou Unit B2-126 | Release Date: MEPD 4-5-2013 |
|---|---|---|---|---|
| Custody: CLO-B | Classification Score: 73 | Assignment: UNASSIGNED | WG/PG: A1/A | Annual Classification: 5-2003 |

Committee Action: **INITIAL REVIEW/RELEASE TO FAC 'B', PLACE ON VOC COMPUTER REPAIR & SS WL & VOC JANITORIAL WL**

INMATE ACUNA MADE A PERSONAL APPEARANCE BEFORE FAC 'B' UCC ON THIS DATE FOR INITIAL REVIEW. "S" CUSTODY STATUS WAS REVIEWED AND CLO-B CUSTODY REMAINS APPROPRIATE. "S" WG/PG IS A1/A EFFECTIVE 1-31-02. THIS IS A NON-ADVERSE TRANSFER. COMMITTEE ELECTS TO RELEASE TO FAC 'D' AND PLACE ON VOC COMPUTER REPAIR AND VOC JANITORIAL WL. GRANT 'S' TIME FROM 5-28-02 THRU DATE OF REASSIGNMENT. "S" HAS A CURRENT CUSTODY SCORE OF 73. "S" MEETS CRITERIA FOR 270 DESIGN HOUSING. DOUBLE CELL STATUS REMAINS APPROPRIATE. "S" CASE FACTORS ARE AS FOLLOWS: "S" IS A 50 YEAR OLD, MEXICAN, 4TH TERMER, RECEIVED IN CDC ON 3-11-87 FROM SANTA CLARA COUNTY FOR THE COMMITMENT OFFENSE OF KIDNAPING FOR ROBBERY. "S" RECEIVED A TOTAL TERM OF 3 LIFE TERMS PLUS 8 YEARS. "S" CURRENT MEPD DATE IS 4-5-2013. "S" WAS RECEIVED AT CSP-LAC ON 5-20-02 FROM CCI. PRIOR ARREST HISTORY CONSISTS OF BURGLARY, GRAND THEFT, TAKING A VEHICLE WITHOUT OWNERS CONSENT AND DRUG CHARGES. "S" HAS NO OCCUPATIONAL SKILLS NOTED. "S" HAS A GPL OF 12.9. "S" MEDICAL STATUS IS FULL DUTY. "S" HAS BEEN CLEARED BY THE MEDICAL DEPARTMENT FOR GP PLACEMENT WITH NO MENTAL HEALTH TREATMENT CATEGORY NOTED. "S" TB CODE IS 22 EFFECTIVE 5-29-02. "S" HAS NO HISTORY OF ARSON OR SEX RELATED OFFENSES NOTED. ESCAPE HISTORY CONSISTS OF 3-13-78 ESCAPE FROM ACLIFORNIA REHAB CENTER. "S" DOES NOT HAVE ANY HOLDS, WARRANTS OR DETAINERS NOTED. SUBSTANCE ABUSE CONSISTS OF AMPHETAMINES, BARBITUATES, PCP, METHAMPHETAMINES, COCAINE, ALCOHOL, MARIJUANA AND LSD. "S" IS U.S. BORN. CDC-812 IS NOTED FOR ENEMIES. THERE IS GANG AFFILIATION NOTED WITH "MEXICAN MAFIA". "S" HAS NO AKA NOTED. THE CONFIDENTIAL FILE HAS BEEN REVIEWED. REGISTRATION/NOTIFICATION IS REQUIRED PER PC 3058.6. "S" DISCIPLINARY HISTORY CONSISTS OF POSSESSION OF AN INMATE MANUFACTURED ALCOHOL, UNAUTHORIZED TALKING, RESISTSING STAFF, PHYSICAL ASSUALT, FAILURE TO REPORT, POSSESSION OF CONTROLLED SUBSTANCE PARAPHERNALIA AND FIGHTING. "S" DOES NOT MEET CRITERIA FOR MDO REFERRAL. "S" IS INELIGIBLE FOR MSF, CAMP, CCF, CCRC, RESTITUTION CENTER AND SAP DUE TO LIFE SENTENCE. THERE ARE NO OTHER CASE CONCERNS NOTED AT THIS TIME. "S" PARTICIPATED IN CLASSIFICATION AND IS IN AGREEMENT WITH COMMITTEE'S DECISIONS. INMATE APPEAL RIGHTS HAVE BEEN EXPLAINED. NEXT CLASSIFICATION I SCHEDULED FOR ANNUAL REVIEW DATED 5-20-02.


COMM:            C. CARSON, CCII/IWTIP              R. ALVARADO, LT. IAO

A. GONZALES, CCI        MIRA, SGT.              J. GARCILAZO, LT (GANGS)


CHAIRPERSON: L. JACKSON, CCIII        RECORDER: A. BARCENAS, CCI

| Name/CDC# ACUNA C43165 | Classification: UNIT CLASSIFICATION COMMITTEE | Date: 6-12-2002 | Institution: CSP-LAC/VP |
|---|---|---|---|

(#1)

# CALIFORNIA DEPARTMENT OF CORRECTIONS

| NAME: **ACUNA** | CDC #: **C43165** | BED: **D3-234L** |
|---|---|---|

## COMMITTEE ACTION SUMMARY

CPP

## COMMITTEE'S COMMENTS

Inmate ACUNA appeared before California State Prison, L.A. County's (LAC's) Facility D Unit Classification Committee (UCC) today for his Annual Review. ACUNA stated that his health was good and was willing to proceed. ACUNA received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, ACUNA was introduced to the committee members. Based upon a review of ACUNA'S Central File, case factors, and through discussion with him, committee elects to: CPP. Committee notes that ACUNA'S Classification Score was adjusted by -6 points due to: 2 QPs of no serious CDC 115s, 1 QP of average/above average work/school performance.

Custody remains appropriate at Close-B, and Double cell approved. Medical status is full duty with no restrictions. Mental Health treatment noted. All other case factors remain the same as in CDC 128G Classification Chrono dated 6/12/02. Next Annual review scheduled in 10/2003.

At the conclusion of this review, ACUNA was informed of his Appeal Rights with regards to this committee's actions. ACUNA acknowledged his understanding and agreement with committee's actions.

**STAFF ASSISTANT**

Not Assigned: (Issues not complex and non-participant in MHSDS)

## INMATE CASE FACTORS

| CUSTODY | CS/LEVEL | WG/PG & EFF DATE | RELEASE DATE | CS/PLS | RECLASS | ETHNIC | PSYCH DATE | LAST BPT/MEPD |
|---|---|---|---|---|---|---|---|---|
| CLOB | 67/IV | A1A - 1/31/2001 | MEPD 4/5/2013 | 12.5 | 10/2003 | MEX | Clear | Doc #4-6/2003 |

## COMMITTEE MEMBERS

**MEMBERS**

L. Parker, CCII    R. Thomas, CCI

*CHAIRPERSON*
J. Hackett, Captain

*RECORDER*
R. Hughes, CCI

ommittee Date: 11/15/2002          **ANNUAL REVIEW**          Committee: D111502RMH

yped By: RMH - Distribution: C-File & Inmate          CALIFORNIA STATE PRISON, L.A. COUNTY          Classification Chrono CDC 128G (Rev: 5/01)

(42)

# CALIFORNIA DEPARTMENT OF CORRECTIONS

NAME: ACUNA                    CDC #: C43165                    BED: B5-143L

INMATE COPY

### COMMITTEE ACTION SUMMARY

UNASSIGN FROM COMP RELATED, GWC A1-A FROM 10/22/2003 THRU DOR, P/O ANY VOC AND SS W/L.

### COMMITTEE'S COMMENTS

Inmate ACUNA declined to appear before California State Prison, L.A. County's (LAC's) Facility B Unit Classification Committee (UCC) today for his Annual Review and therefore UCC was held in absentia. ACUNA did receive his 72-hour notice for the purpose of this review. Based upon a review of ACUNA'S Central File and case factors committee elects to UNASSIGN FROM COMP RELATED, GWC A1-A FROM 10/22/2003 THRU DOR, P/O ANY VOC AND SS W/L. The CDC forms 840, 812, and 127 have been reviewed and updated. \"S\" participated in his pre-classification interview and agrees with this actions. \"S\" cell status has been reviewed and double cell remains appropriate.  UCC notes that \"S\" was removed from his job as a result of the vocational class being eliminated.

At the conclusion of this review, ACUNA will be informed of his Appeal Rights with regards to this committee's actions.

### INMATE CASE FACTORS

| CUSTODY | CS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | ETHNIC | PSYCH DATE 128C | NEXT BPT & DATE |
|---------|----------|-------------------|--------------|-----|---------|--------|-----------------|-----------------|
| CLOB | 59/IV | A1A - 1/31/2001 | MEPD 8/5/2012 | GED | 10/2004 | MEX | Clear | |

### COMMITTEE MEMBERS

| CHAIRPERSON | MEMBERS | RECORDER |
|-------------|---------|----------|
| D. Downs, FC | V. CHAGNON (CCII) | J. Teaney, CCI |

Committee Date: 10/22/2003        **ANNUAL REVIEW (ABSENTIA)**        Committee: B102103JJT1

Typed By: JAA  -  Distribution: C-File & Inmate        CALIFORNIA STATE PRISON, L.A. COUNTY        Classification Chrono CDC 128G (Rev: 5/01)

(43)

Arcadio Acuna # C-43165                          Dec. 29, 2001
PBSP - SHU / FD 3 - 112
P.O. Box 7500
Crescent City, CA 95532

Re: CDC-602 Appeal log# CAL 04-545 /LAC 04-02386

Dear N. Grannis,

I am resubmitting the attached appeal for Director's Level Review, and in response to your letter dated 12/20/04 requesting attachment of Second Level Response would advise you that I was never provided with such a response. This is one of the issues I am addressing in my Director's Level Review as well as the fact that at no time during the 10 months this 602 has been pending was I ever interviewed to the (4) separate 602's I submitted on my validation.

I contacted my counselor here, CCI E. DeRushe asking that she look into the matter, and as indicated by her written response she was not able to locate any indication in my file that a written response was ever produced.

I hope then, that as part of your review you will address these issues and determine the extent to which I was denied due process.

Sincerely,

Arcadio Acuna

(28)

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                           ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**Inmate Appeals Branch**
**P.O. Box 942883**
**Sacramento, CA 94283-0001**

REC.
APR 14 2005
INMATE
BRANCHES

March 22, 2005

Appeals Coordinator
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

*Fwd to LAC*

APR 22 2005

RE:  ACUNA, CDC #C-43165 Institution Appeal Log #CSP-LAC-X 04-02386
       Living Conditions

To the Appeals Coordinator:

The appellant has been unable to obtain a copy of the requested document in order to complete the appeal.  Please obtain the requested document(s).

Second Level Response.  Please complete and return the requested documents to this office by April 21, 2005.

N. GRANNIS, Chief
Inmate Appeals Branch

4/8/05
- After a review of I/m Acuna's c-file, it was determined that it does not contain a copy of a Second level response for Appeal Log # CSP-LAC-X 04-02386. CSP-LAC completed the Appeal and should have a copy in their files.

PBSP
APPEALS COORDINATOR

******PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE*****

STATE OF CALIFORNIA
CDC 101 (1/92)

# WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

GRADES
1 = EXCEPTIONAL
2 = ABOVE AVERAGE
3 = SATISFACTORY
4 = BELOW AVERAGE
5 = UNSATISFACTORY

GRADE
A. DEMONSTRATED SKILL AND KNOWLEDGE
B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS
C. ATTITUDE TOWARD SUPERVISORS AND STAFF
D. INTEREST IN ASSIGNED WORK
E. EFFORT DISPLAYED IN ASSIGNED WORK

GRADE
F. TEAMWORK AND PARTICIPATION
G. LEARNING ABILITY
H. USE OF TOOLS AND EQUIPMENT
I. QUALITY OF WORK
J. QUANTITY OF WORK

**PAY STATUS:** FROM $ ___ TO $ ___

TOTAL # Hours Assigned: ___

RECOMMENDED FOR: ☐ REASSIGNMENT ☒ RETAIN ☐ PAY INCREASE ☐ PAY DECREASE

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE): Good Worker

INMATE'S NAME: ACUNA
CDC NUMBER: C-43165
LENGTH OF SUPERVISION: 4 months
INSTITUTION: CSP/LAC
DATE: 6-30-03
ETHNICITY: M
PERIOD COVERED BY REPORT: 3-7-03 to 6-30-

SUPERVISOR: MURILLO
ACTUAL WORK CONSISTS OF: Lead Clerk at Library  CLK-D.501

---

STATE OF CALIFORNIA
CDC 101 (1/92)

# WORK SUPERVISOR'S REPORT

DEPARTMENT OF CORRECTIONS

GRADES
1 = EXCEPTIONAL
2 = ABOVE AVERAGE
3 = SATISFACTORY
4 = BELOW AVERAGE
5 = UNSATISFACTORY

GRADE
A. DEMONSTRATED SKILL AND KNOWLEDGE
B. ATTITUDE TOWARD FELLOW INMATES AND WORKERS
C. ATTITUDE TOWARD SUPERVISORS AND STAFF
D. INTEREST IN ASSIGNED WORK
E. EFFORT DISPLAYED IN ASSIGNED WORK

GRADE
F. TEAMWORK AND PARTICIPATION
G. LEARNING ABILITY
H. USE OF TOOLS AND EQUIPMENT
I. QUALITY OF WORK
J. QUANTITY OF WORK

**PAY STATUS:** FROM $ 28/hr. TO $ .37/hr.

TOTAL # Hours Assigned: 618    TOTAL # Hours Worked: 278

INMATE ASSIGNED TO: Law Library
DATE ASSIGNED: 10/09/02
ACTUAL WORK CONSISTS OF: Lead Clerk/CLK-D.501

RECOMMENDED FOR: ☐ REASSIGNMENT ☐ RETAIN ☒ PAY INCREASE ☐ PAY DECREASE

PERIOD COVERED BY REPORT: 10/09/02-Present

COMMENTS (IF MORE SPACE REQUIRED, USE REVERSE SIDE): Excellent worker

SUPERVISOR: F. Guess
INMATE'S NAME: ACUNA
CDC NUMBER: C-43165
LENGTH OF SUPERVISION: 4 months
INSTITUTION: CSP/LAC
ETHNICITY: M
DATE: 2/26/03

(48)

STATE OF CALIFORNIA
CDC 128-E (REV. 10/98)

# EDUCATION PROGRESS REPORT

| | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|
| | 13 | 2 |

## BEHAVIOR / ASSESSMENT

| | | CERTIFICATION/UNITS IN COURSE |
|---|---|---|
| Adaptability | S | U Vocational Title |
| Conduct | S | U Academic Title     COMPUTER & RELATED TE |
| Cooperation | S | U Adult High School Title |
| Dependability | S | U General Education Development |
| Initiative | S | U |

## LIST SPECIFIC CERTIFICATION/UNITS COMPLETED THIS QUARTER BY NAME

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 7/26/03 | 10/22/03 | 6 | Classification Action (Class Closed) |

COMMENTS SPECIFIC TO COURSE: Mr. Acuna is a very, hardworking student. He was able to complete V04 044 01, 02 Orientation and Shop Safety. He also have 52.75 cumulative hours.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| (X) | Microcomputer Support Specialist | 209.688.030 | 05 | Word Processor | 203.382.018 |
| 01 | User and Peripheral Equipment Op. | 209.362.030 | 06 | File Clerk | 206.3.62.010 |
| 02 | General Office Clerk | 243.367.014 | 07 | Data Entry Keyer | 209.382.010 |
| 03 | Record Clerk | 206.362.010 | 08 | Secretary | 219.363.074 |
| 04 | Typist | | | | |

| DATE OF REPORT | INMATE NAME (LAST, FIRST, MI) | | | SUPERVISORY REVIEW | INSTITUTION |
|---|---|---|---|---|---|
| 10/26/03 | A        Acuna, A. | W. Neal | C-43185 | INITIALS (X) | CSP-LAC |

DISTRIBUTION : WHITE-CENTRAL FILE/CANARY-EDUCATION FILE/PINK-ORIGINATOR/GOLDENROD-INMATE

DEPARTMENT OF CORRECTION



ABF-B-224
STATE OF CALIFORNIA
CDC 153-D (11/92)

DEPARTMENT OF CORRECTIONS

# *Vocational Education*

## CERTIFICATE OF INDIVIDUAL COMPETENCY

### THIS IS TO CERTIFY THAT

A. CUNA C. 42365

HAS SUCCESSFULLY COMPLETED THE
COMPETENCY OF

TRIM AND GLASS REPLACEMENT

V07.03.09 (.001 - .007)

COMPETENCY NUMBER

COMPETENCY NAME

VOC AUTO BODY AND PAINT

COURSE NAME

J.C. HATZIK

VOCATIONAL INSTRUCTOR

LOG # BAD-000-410

11-20-03

DATE



ABP-B-224
STATE OF CALIFORNIA
CDC 153-D (11/92)

DEPARTMENT OF CORRECTIONS

# *Vocational Education*

## CERTIFICATE OF INDIVIDUAL COMPETENCY

THIS IS TO CERTIFY THAT

ACUÑA, C-49367

HAS SUCCESSFULLY COMPLETED THE
COMPETENCY OF

TOOLS AND EQUIPMENT

V07.03.03 (.001-.010)

COMPETENCY NUMBER

COMPETENCY NAME

VOC. AUTO BODY AND PAINT

COURSE NAME

LOG # BAD-000-376

J. HAIZLIK

VOCATIONAL INSTRUCTOR

10-31-03

DATE



ABF-B-224
STATE OF CALIFORNIA
CDC 153-D (11/92)

DEPARTMENT OF CORRECTIONS

# *Vocational Education*

## CERTIFICATE OF INDIVIDUAL COMPETENCY

THIS IS TO CERTIFY THAT

ACUNA C-48165

HAS SUCCESSFULLY COMPLETED THE
COMPETENCY OF

SHOP AND SITE SAFETY

V07.03.02 (.00100011)
COMPETENCY NUMBER

COMPETENCY NAME

VOCATIONAL AUTO BODY AND PAINT
COURSE NAME

J. HAITZIK
VOCATIONAL INSTRUCTOR

10-24-03
DATE

LOG#  BAD-000-368

(ww)

ABP-B-224
STATE OF CALIFORNIA
CDC 183-D (11/92)

DEPARTMENT OF CORRECTIONS

# *Vocational Education*

## CERTIFICATE OF INDIVIDUAL COMPETENCY

THIS IS TO CERTIFY THAT

ACUNA C-49105

HAS SUCCESSFULLY COMPLETED THE
COMPETENCY OF



V07.03.01 (.001, .002)

COMPETENCY NUMBER

ORIENTATION

COMPETENCY NAME

VOCATIONAL AUTO BODY AND PAINT

COURSE NAME

LOG # BAD-000-367

J. HATZIK

VOCATIONAL INSTRUCTOR

10/24/03

DATE



STATE OF CALIFORNIA
CDC 163-C (11/92)

DEPARTMENT OF CORRECTIONS

# Vocational Education
## COMPLETION OF CERTIFICATION UNIT

THIS IS TO CERTIFY THAT

*Arcadia Acuna*

HAS SUCCESSFULLY COMPLETED THE
CERTIFICATION UNIT OF

V01.0402 — Shop Safety

Vocational Computer & Related Technology
California State Prison, Los Angeles County

SUPERVISOR OF VOCATIONAL INSTRUCTION
Reggie Moore

LOG # CRTB-1453

VOCATIONAL INSTRUCTOR
Walter Neal, Jr.

DATE 9/28/03

STATE OF CALIFORNIA

CDC 153-B (11/92)

DEPARTMENT OF CORRECTIONS

# *Vocational Education*

## CERTIFICATE OF COMPLETION

THIS IS TO CERTIFY THAT

*Arcadia Acuna*

HAS SUCCESSFULLY COMPLETED

V01.04.01  Orientation

Vocational Computer & Related Technology
California State Prison–Los Angeles County

Reggie Moore
SUPERVISOR OF VOCATIONAL INSTRUCTION

Log # CRTB-1452

Walter Neal Jr.
VOCATIONAL INSTRUCTOR

9/28/03
DATE



STATE OF CALIFORNIA
CDC 1C8-A (11/92)

DEPARTMENT OF CORRECTIONS

CDC# C43165

# *Vocational Education*
## CERTIFICATE OF ACHIEVEMENT

THIS IS TO CERTIFY THAT

*Arcadia Acuna*

HAS DEMONSTRATED ACHIEVEMENT IN

Vocational Computer & Related Technology

Facility "D" California State Prison — Los Angeles County

R. Moore
SUPERVISOR OF VOCATIONAL INSTRUCTION

LOG # ___CRTB-1460___

Walter Neal Jr.
VOCATIONAL INSTRUCTOR

DATE ___10/21/03___

CDC NO #: C43165          NA     ): ACUNA          HO    NG: A5-237L          CDC 128-G
PS: 59  LEVEL: IV          MEFD: 08/05/2012          CUSTODY: MAX
WG/PG: D1/D EFF. 03/05/2004          NEXT CLASSIFICATION: 10/2004

**ACTION:**          90 DAY REVIEW: RETAIN AD SEG PENDING TX TO PBSP-SHU. REAFFIRM MAX CUSTODY AND
WG/PG D1/D EFFECTIVE 03/05/2004. RETAIN YARD GROUP NO. 7, CONTROLLED COMPATIBLE (WHITES, SO.
HISPANICS, OTHERS). NO MHSDS, MDO, DDP OR DPP CONCERNS NOTED. DOUBLE CELL HOUSING
APPROVED. RESCHEDULE ICC 10/07/2004.

Inmate Acuna appeared before ICC this date for a 90 Day Review. He was initially placed in Ad/Seg on 03/05/2004 as a result
of being validated as a Mexican Mafia Prison Gang member, refer to CDC 128B-2 dated 01/20/2004. On 03/11/2004, ICC
referred the case to the CSR recommending Indeterminate SHU placement to PBSP-SHU via CCI-SHU. ON 04/06/2004, the
CSR deferred the case noting the CDC 128B-2 was not in the Central File and the 812-A needed to be updated. On 04/22/2004,
ICC noted the CSR deferral issues had been corrected and referred the case for transfer to PBSP-SHU for Indeterminate SHU
placement. On 06/01/2004, the CSR endorsed inmate to PBSP-SHU with transfer approval expiring 09/29/2004. Committee
elects to retain inmate in Ad Seg pending transfer to PBSP-SHU and reaffirms MAX custody and WG/PG D1/D effective
03/05/2004. Inmate is retained on Yard Group No. 7, Controlled Compatible (Whites, So. Hispanics, Others). A review of the
central file does not indicate a pervasive pattern of in-cell assaults or predatory behavior, therefore, inmate is approved for
double cell housing. Inmate does not meet the criteria for inclusion in the MHSDS, MDO, or DPP per CDC 128G Chrono dated
04/22/2004 and Mental Health Staff present during committee is in agreement with this status. Madrid Chrono dated
04/22/2004 is in the Central File. Inmate's GPL is 12.5. Inmate was received in CDC on 03/11/1987 and was endorsed to
PBSP-SHU on 06/01/2004 with a total term of Life (X3) plus 8 Months. Inmate's BPT Initial Parole Consideration Hearing is
scheduled for 07/2011 and his next Annual Review is scheduled for 10/2004. Committee notes the 180°/270° design housing
placement criteria has been reviewed. Inmate qualifies for 180° design housing placement due to inmate being a validated
prison gang member. Inmate was advised he would be seen by ICC on 10/07/2004. Inmate Acuna was informed of committee's
actions and was advised of his right to appeal. Inmate had no questions or comments to address to committee. There are no
other case factors or concerns noted. (abf)

M. Bourland, CDW(A)          CHAIRPERSON          C.J. Caffarella, Asst. C&PR(A)          RECORDER

**Committee Members:** G. Janda, AW; J. Criman, CCI; D. Middleton, Ph.D.
cc:          Counselor, Inmate
**Date:** 07/15/2004          **CLASSIFICATION:** ICC AD/SEG          **INST:** CAL-IV

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

| DISTRIBUTION: | | | |
|---|---|---|---|
| WHITE | CENTRAL FILE | CANARY | WARDEN |
| BLUE | INMATE (2ND COPY) | PINK HEALTH | CARE MGR |
| GREEN | ASU | GOLDENROD | INMATE (1ST COPY) |

| INMATES NAME | CDC NUMBER |
|---|---|
| ACUNA | C43165 |

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

[X] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT

You are currently being housed in SHU on Indeterminate Status as a result of your validation as a MEMBER of the MEXICAN MAFIA prison gang. The information relied upon in your validation is documented on CDC 128B 2 dated 01-20-04 and updated by IGI. Based upon the aforementioned you are deemed to represent a threat to the safety of others and to the security of the Institution if you were released to the General Population at this time. You are scheduled to appear before Committee for an Annual/114D review. You will be afforded the opportunity to present any relevant information to this Committee regarding your current housing and or program.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:    / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| | J. A. GUINN | | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFFS TITLE |
|---|---|---|---|---|
| 9/22/04 | 0800 | R. K. SWIFT | R.K.S | CCI |

[X] INMATE REFUSED TO SIGN    INMATE SIGNATURE  X Refused To Sign X    CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement.*

| STAFF ASSISTANT (SA) | | | INVESTIGATIVE EMPLOYEE (IE) | | |
|---|---|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | | INVESTIGATIVE EMPLOYEES NAME | TITLE | |

IS THIS INMATE:

| | | | | | |
|---|---|---|---|---|---|
| LITERATE? | [X] YES [ ] NO | | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] YES [ ] NO | |
| FLUENT IN ENGLISH? | [X] YES [ ] NO | | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] YES [ ] NO | |
| ABLE TO COMPREHEND ISSUES? | [X] YES [ ] NO | | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] YES [ ] NO | |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] YES [ ] NO | | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] YES [ ] NO | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] YES [ ] NO | | | | |

Any "NO" requires SA assignment

[X] NOT ASSIGNED

Any "NO" may require IE assignment

[X] NOT ASSIGNED

## INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

[X] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE    DATE

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC UMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

DECISION:    [ ] RELEASE TO UNIT/FACILITY    [ ] RETAIN PENDING ICC REVIEW    [ ] DOUBLE CELL    [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

| | | |
|---|---|---|
| NO: C-43165 | NAME: ACUNA, , dio | D3-112L |
| Custody: MAX S | CS: 55 (IV) | D1/D EFF 3/5/04 | Assignment: SHU/INDET |
| RelDate: MEPD 8/5/2012 | | Reclass: 5/2005 | Action: RETAIN SHU/INDET (GANG); AFFIX "S"; REFER TO EDUCATION FOR TABE TESTING |

Inmate Acuna appeared before PBSP FAC-D SHU UCC on this date for Initial/114D Review. Committee notes S was endorsed for PBSP SHU/INDET due to his validation as a member of the Mexican Mafia (EME) prison gang. Committee notes a CDC 128-B2 dated 1/20/04, citing 3 documents that meet prison gang validation requirements. S is affiliated with a prison gang that is known to be involved in criminal activities which threaten the safety of others and institution security, and this requires continued segregation from the GP. S was informed that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, Section 3378(e) and 3341.5(c)(4)(5). **Committee acts to retain S in SHU on INDET status due to CSR endorsement and gang validation.** DDP Review: CDC 128C-2 is in C-file. S participated in Committee. **Committee acts to affix the "S" suffix, because S has not successfully completed the compatibility review for double celling in PBSP SHU.** Case Factors: S is a 53-yr-old, Hispanic, PVWNT, 4th-termer, received in CDC on 3/11/87, from Santa Clara County, for the offense(s) of Kidnapping for ROBB, receiving a total term of 3 Life terms + 8 Years. Received at PBSP on 11/17/04, from CAL, for SHU/INDET placement. S is not foreign born. There are no holds, arsons, or sex offenses. Escapes: 1978 Escape from CA Rehabilitation Center. Disciplinary History: Most recent CDC 115 is dated 4/1/01, for POSS of I/M MFG Alcohol; previous CDC 115(s) received for Unauthorized Talking, Resisting Staff ASLT on I/M, Failure to Report, POSS of CS, and Force & Violence. Medical Status: Full duty. TB code is 22 per CDC 128C dated 3/1/04. PSYCH Concerns: CDC 128C dated 11/9/04, clears S for SHU placement per Madrid Court Order criteria. Commitment offense does not meet criteria for MDO referral per PC 2962. Education: RGPL is 12.5. DDP Review: CDC 128C-2 is in C-file. CDC 812 lists enemies. Gang/TIP: Member of the EME prison gang. AKA: "Cadio. Confidential folder noted and reviewed. County of last legal residence (CLLR): Solano County. Registration/Notification/Testing Requirements: PC 3058.6 and PC 295 (B/S). S is ineligible for 270-Design Level-IV placement due to the following exclusionary factors: SHU placement within the last 3 years CCRC/CCF/Camp/MSF/Restitution Center: Ineligible due to current SHU placement. S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not. Next reclass scheduled in 5/2005, for 180-Day Review.

CHAIRPERSON: L. WILLIAMS/FC          G. ATER/CCII          RECORDER: R. SWIFT/CCII

☐ 128-C2 in C-file

CC: ☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐C&PR ☐OTHER _____          Inst: PBSP
Committee Date: 11/23/04     (SWIFT/jw)          Classification          FAC-D  UCC          INITIAL REVIEW

To: W. Barcts, CCI
Facility-D3 Counselor
From: A. Acuna #C-43165
PBSP-SHU / F D3-112
Date: Aug. 29, 2005

Re: Annual Classification Hearing

Pursuant to Calif. Code of Regulations, Title 15, § 3378 (c)(7), I am submitting the below listed questionable gang identification, notations, and/or new information to be considered upon annual committee review of CDC-812A in my C-File, and request that it be made a permanent part of the file and forwarded to the IGI for investigation:

I.

CDC-114 D dated 8/23/05, Ad Seg Placement Order, and CDC-812 A, Notice of Critical Information - Prison Gang Identification, are in conflict as 114 records validation as "member" and 812 indicates "associate".

II.

CDC-602, Institutional Appeal, log# LAC-X-04-02386, challenging validation was submitted 3/11/04 and after 17-months I have never been interviewed or given written responses addressing issues raised in four separate appeals concerning initial validation and confidential information relied on in that process. Director's Level Review submitted 9/26/04, and was advised through correspondence final resolution would be forthcoming by 6/23/05. Due process denied in initial

validation as confidential information not disclosed before validation process initiated and never gives an opportunity to present defense to actual decision maker.

<u>iii</u>

After being confined to PBSP-SHU for 10-years from 1990-2000 validated as an "associate", I was given "inactive" status and released to GP where for 4-years I programmed above average with only one RVR for possession of pruno. I have never been involved in gang activity, am not now, nor have I ever been an associate or member of a prison gang, have never received a RVR alleging acts of misconduct related to gang activity after my release from the SHU in 2000, and the only reason a validation was submitted was because I refused to become an informant under pressure from IGI at Lancaster, Lt. Garcilazo. Confidential information relied on does not establish direct link to specific and verifiable acts of misconduct aiding and abetting or in furtherance of a prison gang. (*See CDC-602, Log# LAC-X-04-02386 for details)

I declare under penalty of perjury that all of the above statement is true and correct.

/s/ Arcadio Acuna
Arcadio Acuna # C-43165

(41)

To: W. Brandt, CCI
Facility- D3 Counselor

From: A. Acuna # C-43165
PBSP- SHU / FD3-112

Date: Aug. 31, 2005

IN / HOUSE
COPY

Re: Annual Classification Hearing

Pursuant to Calf. Code of Regulations, Title 15, § 3378 (c)(7), I am requesting the below listed matters be considered at the hearing and made a permanent part of my C-File:

I.

I did not waive witnesses at the hearing, CDC-114 D came with a pre-printed (X) in the waiver box. I am requesting presence of actual decision maker in the validation process, LEIU from Sacramento, to challenge validation process and documents relied on, as committee is not empowered to overturn validation

II

After presenting CCI Brandt with the information CDC-114D dated 8/29/05, and CDC-812A (dated 8/23/05) were in conflict because one stated validated as "member" and the other "associate" a new 812A was issued on 8/30/05 indicating validation as member, authored by G. Stewart, IGI Lt. (A) This raises serious questions about the thoroughness of these IGI reviews of 812, as (2) previous reviews document states as "associate."

(6B)

## PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5; 20 U.S.C. section 1746)

I, _Arcadio Acuna_ , am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

On the _2nd_ day of _Oct_ , in the year of 20_05_, I served the following documents: (set forth the exact title of documents served)

_Petition for Writ of Habeas Corpus_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postaage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_Bill Lockyer Atty General_
_1300 "I" Street, Ste. 125_
_P.O. Box 944255_
_Sacramento, CA_
_94244_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _2nd_ day of _Oct_ , 20 _05_.

Signed: _Arcadio Acuna_

(Declarant Signature)

Rev: 03/10/00

( 59 )