# EXHIBIT 6
# part 2 of 4

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER ___C43165___          INMATE NAME: __ACUNA, ARCADIO__

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____    submitted by
   
   _____
                             STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (Explain)

   _____

3) Disclosure of information received.

   This is a debriefing interview with an EME associate. The source reported that in 1996 Acuna was directing gang activities on behalf of the EME at the PBSP Administrative Segregation Unit. The source added that Acuna's cellmate was Manuel Aguirre C90519. The source identified Acuna as an EME associate known as "Cadio."

   _____

   (If additional space needed, attach another sheet)

4) Type and current location of documentation. (for example: CDC-128-B of 5-15-96 in the confidential material folder).

   Confidential CDC-128B dated November 7, 1996 in confidential section of C-File.

   _____

_D. T. Hawkes, Correctional Counselor II_                                        ___JUNE 2008___
         STAFF SIGNATURE, TITLE                                                  DATE DISCLOSED

DISTRIBUTION: WHITE - Central File; GREEN to Inmate; YELLOW - Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER   C43165          INMATE NAME:   ACUNA, ARCADIO

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____

Submitted by

STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☒ More than one source independently provided the same information.

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (Explain)

3) Disclosure of information received.

This is a debriefing interview with an EME associate. The source identified Acuna as an EME associate known as 'Cadie' of Cucamonga. He stated Acuna was assaulted in the SHU at _____ in _____ 1990 by a gang rival, a Northern Hispanic (identified in the report as NS member Oscar Serna, Winston D51285)

(If additional space needed, attach another sheet)

4) Type and current location of documentation. (for example: CDC-128-B of 5-15-86 in confidential material folder).

Confidential Memorandum dated February 10, 1995 in confidential section of C-File

_D. T. Hawkes_ (signature)

D. T. Hawkes, Correctional Counselor II          June 2, 2006

STAFF SIGNATURE, TITLE          DATE DISCLOSED

DISTRIBUTION: WHITE ▣ Central File; GREEN ▭ Inmate; YELLOW ▭ Institution Use

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _K43165_          INMATE NAME: _ACUNA ARCADIO_

1) Use of Confidential Information

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true

b) ☐ This source participated in and successfully completed a Polygraph examination

c) ☒ More than one source independently provided the same information

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information

e) ☒ Part of the information provided by the source(s) has already proven to be true

f) ☐ Other (EXPLAIN) _____

3) Disclosure of information received.

The information received indicated the following: _DURING A DEBRIEFING AN_
_ASSOCIATE OF THE MEXICAN MAFIA _____ ___ ___ _
_IDENTIFIED AS AN ASSOCIATE OF THE MEXICAN_
_MAFIA (EME) PRISON GANG  W/AKA OF SADIO._
_____
_____
(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC 128-B of 5-16-86 in the confidential material
folder). _CONFIDENTIAL MEMO DATED 2/10/98 LOCATED IN_
_THE CONFIDENTIAL SECTION OF YOUR C-FILE._

_____          _____
STAFF SIGNATURE, TITLE                   DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

STATE OF CALIFORNIA
QDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                    INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a)  CDC-115, Disciplinary Report dated _____ submitted by

   _____
                          STAFF NAME, TITLE

   b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) [X]  This source has previously provided confidential information which has proven to be reliable.

   b) [ ]  This source participated in and successfully completed a Polygraph examination.

   c) [ ]  More than one source independently provided the same information.

   d) [ ]  This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) [ ]  Part of the information provided by the source(s) has already proven to be true.

   f) [X]  Other (Explain) _____
           Coded communication from EME member, Ruben Hernandez C-04672 to Acuna

3) Disclosure of information received.

   This document the misuse of legal assistance between inmates for the purpose of EME member "Tupi" Ruben Hernandez C-04672 to pass along a coded message on January 26, 1994 to Acuna. In the message, Hernandez made reference to "Estrada v. Cucamonga 94 Daily Journal 237. Tudy made out alright. 7 years." Hernandez referenced a volume of the Daily Journal that did not exist in order to pass along information to Acuna about EME member "Tudy" Arthur Estrada Cabrera (now V26050) of Cucamonga.

   _____ (If additional space needed, attach another sheet.) _____

4) Type and current location of documentation. (for example: CDC-128-B of 6-15-86 in the confidential material folder).

   Confidential memorandum dated January 31, 1994 in confidential section of C-file.

   _____                    June 12, 2006
   D. T. Hawkes, Correctional Counselor II                          DATE DISCLOSED
              STAFF SIGNATURE, TITLE

DISTRIBUTION: WHITE — Central File;  GREEN — Inmate;  YELLOW — Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _____843165_____    INMATE NAME: _____ACUNA_____

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____1-30-95_____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.
   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☐ More than one source independently provided the same information.

   d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☐ Part of the information provided by the source(s) has already proven to be true.

   f) ☒ Other (EXPLAIN) _____Correctional Staff circumvented ruse of
   of legal assistance between inmates____

3) Disclosure of information received.

   The information received indicated the following: _____A letter was directed
   to goal from an EME member and the message
   was a coded message in that one of our state
   codt information____

   (If additional space needed, attach another sheet.)

4) Type and current location of documentation. (for example CDC-128-B or 5-15-86 in the confidential material
   folder): _____Memorandum dated Jan 31, 1996, located in C.T.
   confidential file flow authored by D.T. Hawkes____

   _____R. Ochoa_____                          _____3-1-95_____
   STAFF SIGNATURE, TITLE                        DATE DISCLOSED

   DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C43165    INMATE NAME: ACUNA, ARCADIO

1) Use of Confidential Information:

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____    submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source:

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☒ More than one source independently provided the same information.

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (Explain) _____

3) Disclosure of Information received:

This document is an interview with an EME associate. The source identified Acuna as "Cadio" or Cucamonga, and reported that Acuna was recently (1993) granted EME membership. The source also reported that Acuna's crime partner was "Huero" Marco Ramirez C59498, and that he was assaulted at PBSP B Facility by EME associates for becoming a "Christian".

*(If additional space needed, attach another sheet.)*

4) Type and current location of documentation, (for example: CDC-128-B of 5/1/86 in the confidential material folder).

Confidential Memorandum dated May 13, 1993 in confidential section of C-file.

_____    June 24, 2008
D. T. Hawkes, Correctional Counselor II                   DATE DISCLOSED
STAFF SIGNATURE, TITLE

DISTRIBUTION: WHITE ▸ Central File; GREEN ▸ Inmate; YELLOW ▸ Institution Use

06/02/2006

**STATE OF CALIFORNIA**
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER ___C43165___          INMATE NAME: ___Acuna___

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by _____

   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated ___9/9/93___

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☒  This source has previously provided confidential information which has proven to be true.
   b) ☐  This source participated in and successfully completed a Polygraph examination.
   c) ☒  More than one source independently provided the same information.
   d) ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.
   e) ☒  Part of the information provided by the source(s) has already proven to be true.
   f) ☐  Other (EXPLAIN) _____

3) Disclosure of information received.

   The information received indicated the following: ___In an interview with___
   ___an inmate that you were identified as___
   ___a new EME member from Cucamonga___
   ___aka Cairo___
   _____
   _____

   (If additional space needed, attach another sheet)

4) Type and current location of documentation; (for example, CDC-128-B of 5-15-85 in the confidential material folder). ___Confidential memo located in confidential section___
   ___of C-file dated 5/3/93 by L. Hawkes, ISU, PBSP___

   _____          ___CCI___          ___DATE DISCLOSED___
   STAFF SIGNATURE, TITLE

   DISTRIBUTION: WHITE — Central File, GREEN — Inmate, YELLOW — Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER  C43165

INMATE NAME:  ACUNA, ARCADIO

1) Use of Confidential Information:

Information received from a confidential source(s) has been considered in the:

a) CDC-115 Disciplinary Report dated _____

_____
STAFF NAME, TITLE

SUBMITTED BY

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source:

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph Examination.

c) ☒ More than one source independently provided the same information.

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (Explain) _____

3) Disclosure of information received:

During a debriefing interview, an EME associate reported that Acuna was one of the Mexican Mafia's representatives at PBSP B Facility, and was slashed across the face by a Northern Hispanic inmate when he was eating in the dining room. After Acuna arrived at PBSP Administrative Segregation Unit, he wrote to EME associate "Gus" Gustavo Flores C62331 of Rivas and directed a hit on "Wolfie" Louis Robles D10016 of Casa Blanca because Robles failed to warn or help Acuna when he was assaulted in the Dining Room. Instead, Robles was cleared of any wrongdoing by other EME associates. The source identified Acuna as "Cadio" of Cucamonga.

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B or 5 in 85-86 in the confidential material folder).

Confidential Memorandum dated February 1, 1993 in confidential section of C-File.

_____
D. T. Hawkes, Correctional Counselor II
STAFF SIGNATURE, TITLE

JUNE 2 2005
DATE DISCLOSED

DISTRIBUTION: WHITE ☐ Central File; GREEN ☐ Inmate; YELLOW ☐ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C 43165_    INMATE NAME: _Acuna_

1) Use of Confidential Information

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
   STAFF NAME/TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☒ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (EXPLAIN) _____

   _____

3) Disclosure of information received

   The information received indicated the following: _In a debriefing interview_
   _with an inmate you were identified as_
   _"Cadio" an EME associate from Cucamonga_
   _____
   _____
   _____
   (if additional space needed, attach another sheet)

4) Type and current location of documentation. (for example: CDC-128-B on 5-15-86 in the confidential material folder). _Confidential memo located in confidential section_
   _of c-file date 2/1/93 by W. Beagle PBP #64_
   _D. _____ CCT_

   _____
   STAFF SIGNATURE, TITLE                                    DATE DISCLOSED

   DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

STATE OF CALIFORNIA
GDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C43165

INMATE NAME: **ACUNA, ARCADIO**

1) Use of Confidential Information:

   Information received from a confidential source(s) has been considered in the

   a) CDC-115, Disciplinary Report dated _____ submitted by
   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source:

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☒ This source has previously provided confidential information which has proven to be true.
   b) ☐ This source participated in, and successfully completed a Polygraph examination.
   c) ☒ More than one source independently provided the same information.
   d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.
   e) ☒ Part of the information provided by the source(s) has already proven to be true.
   f) ☒ Other (explain):

   Letter from Gavaldon C15377 to Gavaldon C15376

3) Disclosure of information received:

   In a letter from EME associate "Little Spider" Roy Gavaldon C15377 to his brother EME member "Big Spider" David Gavaldon C15376, the younger Gavaldon informs his brother that Acuna received a letter from a lawyer who has an office in his area. Included with the letter was a birthday greeting card for David Gavaldon signed by various EME associates, including Acuna. Acuna's message to Gavaldon, with portions in Spanish translated, stated the following "With all my respect, I send you greetings. Hope to see you again soon. Your pal, 'Cadio'." The letter contained coded information (numbers written in Nahuatl), references to several EME members, names of people who were just granted EME membership, and other EME gang-related messages.

   (If additional space needed, attach another sheet.)

4) Type and current location of documentation. (for example: CDC-128-B of 9-15-86 in the confidential material folder).

   Confidential Memorandum dated October 29, 1992 in confidential section of C-File

_D. T. Hawkes_

D. T. Hawkes, Correctional Counselor
STAFF SIGNATURE, TITLE

JUNE 2 2006
DATE DISCLOSED

DISTRIBUTION: WHITE ‑ Central File; GREEN ‑ Inmate; YELLOW ‑ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C43165          INMATE NAME: Acuna

1)  Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a)  CDC-115, Disciplinary Report dated _____ submitted by

STAFF NAME, TITLE

b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2)  Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) and the security of the institution.

This information is considered reliable because:

a)  ☐  This source has previously provided confidential information which has proven to be true.

b)  ☐  This source participated in and successfully completed a Polygraph examination.

c)  ☐  More than one source independently provided the same information.

d)  ☐  This source incriminated himself/herself in a criminal activity at the time of providing the information.

e)  ☐  Part of the information provided by the source(s) has already proven true.

f)  ☒  Other (EXPLAIN)  Primary source information

3)  Disclosure of information received.

The information received indicated the following: In a kodex taken from one inmate affiliate to another, you were implicated in gang activity

(If additional space needed, attach another sheet.)

4)  Type and current location of documentation, (for example: CDC 128-B of 5-15-86 in the confidential material folder).  Confidential memo & attached korrespondence in confidential section of c-file dates 10/29/02 by Hawkes PBSP-IS

STAFF SIGNATURE, TITLE                          DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER   C43165                          INMATE NAME:   ACUNA, ARCADIO

1) Use of Confidential Information

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ Submitted by

                                     STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (Explain) _____

3) Disclosure of information received.

During a debriefing interview, an EME associate identified Acuna as an EME associate he knew as
"Cadio" of Cucamonga. Acuna is referenced on a list as an EME associate.  No specific gang activity
is identified

(If additional space needed, attach another sheet)

4) Type and current location of documentation, (for example: CDC-128-B of 8/8/86 in the confidential material
folder) _____

   Confidential Memorandum dated May 2, 1991 in confidential section of C-File

_D. T. Hawkes_ (signature)

D. T. Hawkes, Correctional Counselor II                          June 2, 2006
       STAFF SIGNATURE/TITLE                                      DATE DISCLOSED

DISTRIBUTION:  WHITE ⇨ Central File;  GREEN ⇨ Inmate;  YELLOW ⇨ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C43165_      INMATE NAME: _ACUNA_

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐  This source has previously provided confidential information which has proven to be true.

b) ☐  This source participated in and successfully completed a Polygraph examination.

c) ☒  More than one source independently provided the same information.

d) ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☐  Part of the information provided by the source(s) has already proven to be true.

f) ☐  Other (EXPLAIN) _____

3) Disclosure of information received.

The information received indicated the following: _Confidential memo dated_
_5-2-91 identifies you as an EME associate_
_through a debrief interview of an inmate_
_requesting to disassociate himself from_
_the EME prison gang_

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _Confidential folder of your C-File_

_M Reynolds   C.O.I._                                    _8-26-91_
STAFF SIGNATURE, TITLE                                   DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                    INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

    Information received from a confidential source(s) has been considered in the

    a) CDC-115, Disciplinary Report dated _____ submitted by

                                                  STAFF NAME, TITLE

    b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

    The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

    This information is considered reliable because:

    a) ☐ This source has previously provided confidential information which has proven to be true.

    b) ☐ This source participated in and successfully completed a Polygraph examination.

    c) ☒ More than one source independently provided the same information.

    d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

    e) ☒ Part of the information provided by the source(s) has already proven to be true.

    f) ☐ Other (Explain) _____

3) Disclosure of information received.

This is an interview with an EME associate, who identified Acuna as an active EME associate. Acuna is referenced on a list as an EME associate. No specific gang activity is identified.

                                 (If additional space needed, attach another sheet.)

4) Type and current location of documentation. (for example: CDC-128-B or CDC-115 in the confidential material folder).

    Confidential Memorandum dated August 31, 1990 in confidential section of C-File.

_D. T. Hawkes_ _____

D. T. Hawkes, Correctional Counselor II                                    June 23, 2006
        STAFF SIGNATURE, TITLE                                              DATE DISCLOSED
        DISTRIBUTION: WHITE ▷ Central File, GREEN ▷ Inmate, YELLOW ▷ Distribution

STATE OF CALIFORNIA
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C43165_     INMATE NAME: _Acuna_

1) Use of Confidential Information

Information received from a confidential source(s) has been considered in the

   a) CDC-115, Disciplinary Report dated _____ submitted by _____

                                               STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which _____

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☐ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (EXPLAIN)

3) Disclosure of Information received

The information received indicated the following: _Confidential memo dated_
_8-31-90 identifies you as an SHU disposal_
_through a Debrief interview of an inmate_
_requesting to disassociate himself from_
_the EME Prison Gang_

                  (If additional space needed, attach another sheet)

4) Type and current location of documentation (for example, CDC-128-B of 5-12-86 in the confidential material
folder): _Confidential folder at your C.F.C._
                              _Contained 8-31-90_

_T. Reynolds  CCI_                     _9-21-91_
STAFF SIGNATURE, TITLE                 DATE DISCLOSED

DISTRIBUTION: WHITE – Central File; GREEN – Inmate; YELLOW – Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

*C File*

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C-43165          INMATE NAME: Acuna

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____ 570 _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph Examination.

c) ☒ More than one source independently provided the same information.

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (EXPLAIN) _____

3) Disclosure of information received.

The information received indicated the following: Per the _____
Process in a reliable confidential _____
you his been active EMF _____ house _____
at PBSP. _____
_____
_____

(If additional space needed, attach another sheet)

4) Type and current location of documentation. (for example: CDC-128-B or 115-86) in the confidential material folder. Confidential Memo dated _____ and authored by _____
J. Harrison Lt. located in confidential section of C-F.

P. Perkins Lt. CCI          2-1-9... STAFF SIGNATURE, TITLE          DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER **C43165**                INMATE NAME **ACUNA, ARCADIO**

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by _____
   
   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (Explain) _____

3) Disclosure of information received.

   An EME associate identified Acuna as an EME associate he knew as "Cadio" or "Arcamooca. Acuna is referenced on a list as an EME associate. No specific gang activity is identified.

   (If additional space needed, attach another sheet.)

4) Type and current location of documentation. (for example: CDC-128-B of 5/5/86 in the confidential material folder)

   Confidential Memorandum dated April 9, 1990 in confidential section of C-File.

_____
D. T. Hawkes, Correctional Counselor II
STAFF SIGNATURE, TITLE                                    June 2, 2006
                                                          DATE DISCLOSED
DISTRIBUTION: WHITE - Central File; GREEN - Inmate; YELLOW - Institution Use