# EXHIBIT 12

1  GEORGE M. MAVRIS (SB# 179471)
   Attorney at Law
2  1 Point St. George Place
   Crescent City, CA    95531
3  Telephone: (707) 464-1418
   Fax:(707) 464-3364
4

DOCKETED
Hooley
OCT 05 2006
By  L. EDWARDS
SA2005301964

FILED
DEL NORTE
SUP RIOR COURT

2006 OCT -2 PM 1:48

CLERK OF THE COURT
BY_____ Martha A. Hartley
DEPUTY

5

6

7              SUPERIOR COURT OF CALIFORNIA

8                  COUNTY OF DEL NORTE

9                              )  No:   HCPB 05-5242
10  IN RE                      )
                               )  SUPPLEMENTAL DECLARATION OF
11                             )  ARCADIO ACUNA
                               )
12  ARCADIO ACUNA, C-43165     )
                               )
13                             )
                               )
14  ON HABEAS CORPUS           )

15

16      Petitioner, by and through counsel, submits the following

17  declaration in support of the Petitioner's Writ in these

18  proceedings.

19

20                          Respectfully submitted,

21  Date: 9/30/06

22                          George M. Mavris, Attorney

23

24

25

26

27

28

29

                          Page 1

Arcadio Acuna # C-43165
Pelican Bay State Prison
P.O. Box 7500 / FD6-113
Crescent City, CA  95532


Petitioner


Superior Court of The State of California
For The County of Del Norte


In re:

Arcadio Acuna # C-43165

On Habeas Corpus

No. HCPB 05-5242


Declaration


I, Arcadio Acuna, declare as follows:


1) I am a state prisoner serving a multiple life sentence and am currently confined to the Security Housing Unit of Pelican Bay State Prison.

2) I am the Petitioner in the above entitled habeas corpus proceeding in which I have challenged the legality of the validation process that labeled me a member of a prison gang and which formed the basis for imposition of as indeterminate term of administrative

(1)

segregation that began on Mar. 5, 2004, and has continued until the present date.

3.) During the course of this indeterminate SHU term I have attended every scheduled classification hearing and have vehemently made committee members aware of the numerous denials of due process in the validation itself and argued with full force that I am not now and have never been a active member or associate of a prison gang.

4.) Every committee hearing nonetheless endorsed the validation even when such obvious violations existed as failure to properly disclose the confidential information relied on and the source items did not show that I had ever been a member of a prison gang. By these actions I have lost complete faith in the fairness and integrity of the classification process and am convinced based on my own personal experiences that classification hearings are meaningless gestures that do not provide the procedural safeguards required by law.

5.) Also during the course of this continuous term of segregation I have filed numerous CDC-602 Inmate Appeals challenging various aspects of the validation process, and most recently submitted such an appeal in regard to the revalidation that was entered on July 26, 2006, which changed my classification from member to associate. (see attached)

6.) Every single inmate appeal I have filed has been denied, and as shown by the current appeal prison officials refuse

(2)

to address the issues raised and make general denials claiming decisions made comport to the Code of Regulations. In this appeal it must also be noted that the decision to deny it was based on an interview conducted by the very same official who was part of the action being challenged. (Sgt. Breunburg)

7.) As a result of what I have seen and experienced with the inmate appeals I have filed, I have lost complete faith in the integrity and fairness of the Department's internal appeal process and am convinced that it does not afford any type of meaningful review of legitimate claims.

8.) Finally, I declare that I have in no way, shape or form been personally involved in illegal activity which can be taken to show that I have actively aided and abetted, promoted or furthered the interests of any prison gang, and assert that the only act I am guilty of committing is in interacting in a positive manner with the other prisoners with whom the Department has chosen to house me with.

I declare under penalty of perjury that all of the above statement is true and correct and was executed on this 24th day of Sept. 2006, in Crescent City, California.

_____
Arcadio Acuna, Declarant

(3)

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region [ PBSP ]

1. Log No. D06-01842    Category 6/8

2.    2.    Active/Inactive 128 B2    7/26/06

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Acuna | C-43165 | SHU | D6-113 |

A. Describe Problem: On 7/28/06, I was given a CDC-128 B2 gang validation chrono showing that I had been validated as an "associate" of a prison gang on 7/26/06 based on (16) different source items ranging in date from 10/3/05 to 10/11/88. To begin with it must be noted that I was validated as a "member" of a gang on 1/28/04 based on (3) of the source items relied on in the current validation, and pursuant to a court order in case # HCPB-03-5242, where it was found I was denied due process and the evidence did not show actual membership, a new

(see attached)

If you need more space, attach one additional sheet.

B. Action Requested: I Issue a decision that source items do not establish I am an active associate of a prison gang in accordance with "Castillo" criteria, grant inactive status and release to the GP forthwith.

Inmate/Parolee Signature: _Arcadio Acuna_    Date Submitted: 7/30/06

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number: _____

2nd NOTICE T
AUCS
AUG 02 2006

validation package was submitted to the LEIU on 4/5/08 by IGI D
Lawske. Also, of relevance to this appeal I am asserting the "Castillo"
criteria is controlling (see ~~the~~ Notice of Change to Regulations # 05/08)
and under these standards the source items relied on do not establish I am
an active associate. Each of the source items is addressed as follows:

<u>Item #1</u> - Memo dated 10/3/05 - Alleges a letter was written to the mother of one of
my ex-cell mates by I/m Estrada, but does not identify gang activity on my
part and does not show I myself ever communicated with I/m Estrada.
Also, staff failed to articulate how this information qualified as evidence
of active association is in accordance with § 3378(c)(8)(C).

<u>Item #2</u> - Memo dated 10/12/04 - Discloses a note confiscated from a prisoner at
Cal-patria mentions me by name but does not depict gang activity on my part
Staff failed to articulate how this information qualified as evidence of
active associations in accordance with § 3378(cc)(8)(C).

<u>Item #3</u> - 128 B dated 3/10/04 - States my name and number found in another
prisoner's phonebook, but shows no link to gang activity or that I ever
communicated with this I/m. Staff failed to articulate how this information
qualified as evidence of active associations in accordance with § 3378(c)(8)(C

<u>Item #4</u> - CDC 115 dated 7/30/90 - [citing 128 B's dated 3/29/04, 2/10/95, 2/4/93]. References
a RVR where I was found guilty of an assault. Incident occurred more
than 16 yrs. ago and does not qualify as source item pursuant to § 3378(cc)(1)

<u>Item #5</u> - Memo dated 12/12/03 - This item was originally relied on to validate me a
"member" but does not show gang activity on my part. It says a note was re

with no evidence of a direct link to specific verifiable gang activity.
This information was in my file when validation package submitted to
LEIU in Jan. 04, and found they not to qualify as a reliable source
by I.G.I.

<u>Item #9</u> - Memo dated 3/5/02 - Informant claimed I was directing gang activities and
providing weapons to other prisoners but no direct link was ever made tying me to specific
acts. This information was in my file when validation package submitted in Jan. 04, and

| PELICAN BAY STATE PRISON |
|---|
| SECOND LEVEL REVIEW |

DATE:    SEP 1 1 2008

Inmate: ACUNA, C-43165
Pelican Bay State Prison
Security Housing Unit
Facility D

RE:    WARDEN'S LEVEL DECISION          APPEAL:    DENIED
       APPEAL LOG NO. PBSP-D06-01842     ISSUE:     CASE INFO/RECORDS

This matter was reviewed by Robert A. Horel, Warden, at Pelican Bay State Prison (PBSP). Correctional Sergeant D. Barneburg conducted the Appeal interview at the Second Level of Appeal Review on August 31, 2006.

All submitted documentation and supporting arguments have been considered, including the interview conducted at the Second Level of Review. Additionally, a thorough investigation has been conducted into the claim presented by the inmate and the documentation evaluated in accordance with PBSP's institutional procedures and the California Department of Corrections and Rehabilitation policies.

## ISSUES

In Section A of the Appeal Form, inmate ACUNA states that he had been issued a new CDC 128B2 indicating that his validation had been changed and updated from Mexican Mafia (EME) member to EME associate. This update was completed per a court order issued by the Del Norte County Superior Court. ACUNA asserts that the sixteen (16) validation sources cited on his 128B2 did not meet the criteria set forth in the Castillo vs. Alameida settlement and did not articulate specific gang activity on ACUNA's part. ACUNA addressed the 16 items individually, stating that each did not meet the Castillo criteria.

Inmate ACUNA requested that a decision be made that he is not an active associate of the EME pursuant to the Castillo vs. Alameida settlement, and be released to the General Population.

The Informal Level, Formal Level, and First Level were bypassed in this Appeal.

On August 31, 2006, Sergeant Barneburg interviewed inmate ACUNA concerning the contents of this Appeal. During the course of this interview, ACUNA related essentially the same information that he provided in his written Appeal.

## FINDINGS

### I

Inmate ACUNA was originally validated as a member of the EME on October 5, 1995, based upon a gang validation package submitted by Institutional Gang Investigator Bell at Folsom State Prison. A subsequent 128B2 dated February 7, 2000, was issued identifying ACUNA as inactive. On

Second Level Reviewer's Response
Appeal Log No. PBSP-D06-01842
Inmate ACUNA, C-43165
Page 2

January 12, 2004, an Inactive Review was completed by Institutional Gang Investigator Garcilazo at California State Prison, Los Angeles County, which resulted in a CDC 128B2, Gang Violation Chrono dated January 20, 2004, identifying inmate ACUNA as an active EME member. In an agreement with the Del Norte County Superior Court, the validation of ACUNA and his status were reviewed. The 16 documents were submitted by Correctional Counselor II D. Hawkes to satisfy this agreement resulting in a CDC 128B2 dated July 26, 2006, validating inmate ACUNA as an active associate of the EME.

Sergeant Barneburg reviewed inmate ACUNA's Central File and determined that the Confidential Memorandums used in ACUNA'S validation meet the validation requirements established in the California Code of Regulations (CCR), Title 15, Section 3378 and the Castillo vs. Alameida settlement. The Law Enforcement and Investigations Unit (LEIU) accepted the documents as current gang activity, and as the validating authority, LEIU is considered to be expert in their review and determination of the documents. Inmate ACUNA received a CDC 1030, Confidential Information Disclosure Forms, regarding each item used in his validation. The CDC 1030 provides the inmate with notification of documents being used against him, without revealing enough information for the inmate to identify the confidential source. Inmate ACUNA takes issue in his Appeal with not being provided enough information from confidential documents; however, all information regarding these documents has already been disclosed in accordance with policy and procedure.

II

DETERMINATION OF ISSUE

The Second Level Reviewer reviewed the action requested in this Appeal. This Appeal is DENIED at the Second Level. A review of the documents used in inmate ACUNA'S Active/Inactive review revealed that they met the validation requirements established in CCR, Title 15, Section 3378 and the Castillo vs. Alameida settlement. Therefore, ACUNA'S request that the documents used to justify his active gang status be expunged from his Central File is DENIED.

MODIFICATION ORDER

No modification of this decision or action is required.

ROBERT A. HOREL
Warden

STATE OF CALIFORNIA.
CDC 128-B-2 (5/95)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME: Arcadio ACUNA | CDC NUMBER: C43165 |
|---|---|

On October 5, 1995, a CDC 128B2 regarding subject was issued identifying subject as an Active EME associate based upon a gang validation package submitted by Institution Gang Investigator Bell at FOL.. A subsequent CDC 128B2 dated February 7, 2000, was issued identifying subject as Inactive. On January 12, 2004, an Active/Inactive Review was completed by Institutional Gang Investigator Garcilazo at LAC, which resulted in a CDC 128B2 dated January 20, 2004, identifying subject as an active EME member. In an agreement with the Del Norte County Superior Court, the validation of subject and his current status were to be reviewed. The following documents were submitted to UPDATE and CHANGE subject's validation status:"

### TOTAL NUMBER OF ITEMS SUBMITTED FOR REVIEW: (27)

Item (1) Confidential Memorandum dated 10/3/05 (Communications)
Item (2) Confidential Memorandum dated 10/12/04 (Communications)
Item (3) Confidential CDC 128B dated 8/10/04 (Association)
Item (4) CDC 115 dated 7/30/90 (Offenses) supported by
    Confidential Memorandum dated 3/29/04 (Debrief),
    Confidential Memorandum dated 2/10/95 (Debrief), and
    Confidential Memorandum dated 2/1/93 (Debrief)
Item (5) Confidential Memorandum dated 12/12/03 (Communications) (Accepted 1/20/04) X-1
Item (6) Confidential Memorandum dated 11/18/03 (Debrief)
Item (7) Confidential Memorandum dated 9/23/03 (Informant) (Accepted 1/20/04) X-1
Item (8) Confidential Memorandum dated 8/8/02 (Informant)
Item (9) Confidential Memorandum dated 3/5/02 (Debrief)
Item (10) Confidential CDC 128B dated 9/21/00 (Communications) (Accepted 1/20/04) X-1
Item (11) Confidential Memorandum dated 1/31/94 (Communications)
Item (12) Confidential Memorandum dated 5/13/93 (Informant)
Item (13) Confidential Memorandum dated 10/29/92 (Communications)
Item (14) Confidential Memorandum dated 8/31/90 (Debrief) (Accepted 10/5/95) xx
Item (15) Confidential Memorandum dated 9/20/89 (Debrief) (Accepted 10/5/95) xx
Item (16) Confidential Memorandum dated 10/11/88 (Informant) (Accepted 10/5/95) xx

### TOTAL NUMBER OF ITEMS WHICH MEET VALIDATION REQUIREMENTS: (19)

The following items **do not meet** the validation requirements and were/shall not be used as a basis for validation:

Item (1) Confidential Memorandum dated 6/17/03 (Debrief) (No EME activity noted)
Item (2) Confidential Memorandum dated 12/12/01 (Informant) (No EME activity noted)
Item (3) Confidential Memorandum dated 1/5/00 (Debrief) (No EME activity noted)
Item (4) Confidential Memorandum dated 3/14/97 (Debrief) (No EME activity noted)
Item (5) Confidential Memorandum dated 11/7/96 (Debrief) (No EME activity noted)
Item (6) CDC 128B dated 5/3/96 (Offenses) (No EME activity noted)
Item (7) Confidential Memorandum dated 5/2/91 (Debrief) (No EME activity noted)
Item (8) Confidential Memorandum dated 4/9/90 (Informant) (No EME activity noted)

### TOTAL NUMBER OF ITEMS WHICH DO NOT MEET VALIDATION REQUIREMENTS: (8)

---

### ACTION OF REVIEWER

Pursuant to the validation requirements established in 15 CCR Section 3378, Arcadio ACUNA is:

☒ **VALIDATED**    ☐ **REJECTED**

as an "Active" **associate** of the **Mexican Mafia** prison gang.

**ACTIVE/INACTIVE REVIEW**

**OCT - 3 2011**

**ELIGIBILITY DATE**

INMATE COPY

CDC 128B2
Arcadio ACUNA C43165
Page 2

SIGNATURE
CHAIRPERSON

SIGNATURE
MEMBER

SIGNATURE
MEMBER

Printed name
M. Ruff

Printed name
Everett W. Fischer

Printed name
G. Williams

DATE: 7/26/06

GANG VALIDATION/REJECTION REVIEW
GENERAL CHRONO
LEIU/SSU

INMATE COPY

**DISTRIBUTION:**
Original - Central File
Copy - Classification & Parole Representative/Parole Administrator I
Copy - Institutional Gang Investigator/Region Gang Coordinator
Copy - Law Enforcement Liaison Unit
Copy - Inmate/Parolee

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165          INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a)☐ This source has previously provided confidential information which has proven to be true.

   b)☐ This source participated in and successfully completed a Polygraph examination.

   c)☐ More than one source independently provided the same information.

   d)☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e)☐ Part of the information provided by the source(s) has already proven to be true.

   f)☒ Other (Explain) _____
       Letter from EME member "Tudy" Arthur Estrada V26050

3) Disclosure of information received.

In a letter from EME member "Tudy" Arthur Estrada V26050 of Cucamonga to "Spooky" Velia Mendoza W15593 (discharged) [at 21957 Woodward Street; Perris, CA, 92507], Acuna is referenced as "the hometown Arcadio." Estrada wrote that Acuna may have misled another individual a little. This does not appear to be a concern to Estrada, for he said after this "So really I'm not tripping." Staff information identified the misled individual as "Dean" Salvador Mendoza J84814 of Casa Blanca. Acuna was identified as training EME associates how to avoid becoming validated

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

   Confidential Memorandum dated October 3, 2005 in confidential section of C-File

D. T. Hawkes, Correctional Counselor II                    June 2, 2006
STAFF SIGNATURE, TITLE                                   DATE DISCLOSED
           DISTRIBUTION: WHITE ⸺ Central File; GREEN ⸺ Inmate; YELLOW ⸺ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165

INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☐ More than one source independently provided the same information.

d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☐ Part of the information provided by the source(s) has already proven to be true.

f) ☒ Other (Explain) _____
      Notes confiscated from Brent Ebert H78330 of Shermans at Calipatria State Prison.

3) Disclosure of information received.

In one note, the author (identified as EME associate "Danny Boy" Daniel Sandigo K07935 of Upland) directs the recipient, "Anyway get at Cadio and let him know what's up with this vato and also tell Cadio to make sure that Spanky and Straño have a safe trip back here." "Spanky" has been identified as Henry Duenas P05117.

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

Confidential Memorandum dated October 12, 2004 in confidential section of C-File

_D. T. Hawkes_

D. T. Hawkes, Correctional Counselor II
STAFF SIGNATURE, TITLE

June 2, 2006
DATE DISCLOSED

DISTRIBUTION:  WHITE ☒ Central File;  GREEN ☒ Inmate;  YELLOW ☒ Institution Use

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER     C43165                    INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

   a)  CDC-115, Disciplinary Report dated _____    submitted by

_____
STAFF NAME, TITLE

   b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

  a)☐  This source has previously provided confidential information which has proven to be true.

  b)☐  This source participated in and successfully completed a Polygraph examination.

  c)☐  More than one source independently provided the same information.

  d)☐  This source incriminated himself/herself in a criminal activity at the time of providing the information.

  e)☐  Part of the information provided by the source(s) has already proven to be true.

  f)☒  Other (Explain) _____
     Address book of EME member "Turtle" Mark Quiroz C50887 of Colton

3)  Disclosure of information received.

Acuna's name was in the address book of EME member "Turtle" Mark Quiroz C50887 of Colton. The book contained the names of over 130 EME members and associates. Both Acuna's name and CDC# were entered.

(If additional space needed, attach another sheet.)

4)  Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

Confidential CDC Form 128B dated August 10, 2004 in confidential section of C-File

_D. T. Hawkes_

D. T. Hawkes, Correctional Counselor II                              June 2, 2006
       STAFF SIGNATURE, TITLE                                    DATE DISCLOSED
DISTRIBUTION: WHITE ▭ Central File; GREEN ▭ Inmate; YELLOW ▭ Institution Use

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS
# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| C-43165 | ACUNA, A | | | PBSP | | |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | | LOCATION | | | TIME |
|---|---|---|---|---|---|---|
| 3005(c) Force & Violence | Physical Assault | | B-2 Din Rm | | | 0800 Hours |

CIRCUMSTANCES On July 30, 1990, while providing coverage in Facility B Control Booth #4, during controlled feeding of C section, Building #4, I observed inmate WINSTON, D-61205 walking into the Dining Hall. As he was walking past inmate ACUNA, C-43165, who was seated at the dining table, WINSTON stopped, turned to his left, placed ACUNA in a head lock with his left arm and made what appeared to be slashing motions with his right hand at ACUNA'S right facial and neck area. At this time, the Control Booth Officers ordered everyone down. All inmates complied, with the exception of ACUNA, who remained seated at the table. As responding staff approached the table, ACUNA, leaning forward, left his table and kicked WINSTON in the upper body and facial area. Both inmates went to the floor wrestling and throwing punches until responding staff separated the combatants and placed them in mechanical restraints (handcuffs). ACUNA and WINSTON were escorted to the Facility B Clinic, where they were examined by the M.T.A. ACUNA received two (2) three inch (3") lacerations to the right side of his face. WINSTON received a small laceration on his right index finger. WINSTON was re-housed in Administrative Segregation. ACUNA was re-housed in the Institution Infirmary. A search of the area in which the incident occurred produced an inmate manufactured slashing instrument. This weapon consisted of a razor blade with thread wrapped arund one end.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | HOURS |
|---|---|---|---|
| ▶ B. G. BURLISON   *signature* SGT | 7-30-90 | | |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING |
|---|---|---|
| ▶ *signature* LT | 8/7/90 | DATE 7/30/90 |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☒ ADMINISTRATIVE ☐ SERIOUS | D | 8/7/90 | ▶ *signature* LT | ☐ HO  ☐ SHO  ☐ SC  ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| ☒ CDC 115 | *signature* | 8/8/90 | 1315 | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) |
| | *signature* | | | |

*handwritten: Credit restored 90 days 10-26-05 audit co...*

HEARING Inmate ACUNA stated that he was in good health and acknowledged receipt of all reports, documents in evidence and was ready to proceed with the hearing. All time constraints were met. Report was received less than 24 hours prior to the hearing. Correctional Officer T. Higgins was assigned to be the Investigative Employee. Inmate ACUNA waived the assignment of an Investigative Employee, or any other Investigative Employee. Inmate ACUNA DID NOT request witnesses present. The charge was read to inmate ACUNA, who pled GUILTY. He declined to make a statement.

FINDINGS: Subject is being found GUILTY of violating Director's Rules, section #3005 (c) which, "ASSAULT ON INMATE WINSTON". The preponderance of the evidence submitted at the hearing SUBSTANTIATES the charge. That evidence includes: CDC-115 dated 07-30-90, describing subject's refusal to comply with staff's orders then assaulted inmate WINSTON.

DISPOSITION: Assessed 90 days loss of credits. Counseled and Reprimanded.

REFER TO: I.C.C. for confirmation or disposition. Inmate ACUNA was advised that he will receive a copy of the completed CDC-115 with final audit by the Chief Disciplinary Officer. He was also advised of his right to find the procedure for appeal of this action.

*handwritten: confirmed by ... 8-28-90*

| REFERRED TO | ☒ CLASSIFICATION | ☐ BPT/NAEA | |
|---|---|---|---|

| ACTION BY: (TYPED NAME) | | SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| S. M. SLAUGHTER CT | | *signature* | 8/20/90 | 1100 |

| REVIEWED BY: (SIGNATURE) | | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|---|
| ▶ *signature* PA | | 8-21-90 | ▶ *signature* | 8/22/90 |

| | BY: (STAFF'S SIGNATURE) | | | DATE | TIME |
|---|---|---|---|---|---|
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | ▶ *signature* | | | | |

CDC 115 (4/80)

STATE OF CALIFORNIA
SERIOUS RULES VIOLATION

| NUMBER | NAME | VIOLATED RULE NO. (S) | | |
|---|---|---|---|---|
| C-43165 | ACUNA, A | 3005(c) Force & Violence | | |

STAFF ASSISTANT ☐ NEEDED ☐ REQUESTED ☐ ASSIGNED ☐ YES ☐ NO

NAME DENIED PER CCR TITLE 15 3315(d)

STAFF INVESTIGATOR ☐ NEEDED ☐ REQUESTED ☒ WAIVED BY INMATE: SIGNATURE: _____

☒ ASSIGNED: TYPED NAME T. HIGGINS    DATE 8-8-70    ASSIGNMENT B-57637 2    3M

REQUEST FOR POSTPONEMENT OF DISCIPLINARY HEARING:

I, _____ , request my hearing be postponed pending outcome of
INMATE SIGNATURE AND DATE

referral for Prosecution.

Notice of outcome received _____    Disposition N/A

I, _____ , revoke my request _____ for postponement.
INMATE SIGNATURE AND DATE    DATE

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE    ☒ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER    ☒ NONE

WITNESSES: (GIVE NAME AND NO./POS.)

|  | NOT GRANTED GRANTED |  | NOT GRANTED GRANTED |
|---|---|---|---|
|  | ☐ ☐ |  |  |
|  | ☐ ☐ |  |  |

INVESTIGATIVE REPORT: Investigative employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On 8-8-90, at approximately 1320 hours, while assigned as an Investigative Employee from ASU for Log No. F 90-07-165, assigned to Inmate ACUNA, CDC # C-43165, cell A1230, I attempted to interview Inmate ACUNA. He refused to be interviewed, and stated that he refuses all other Investigative Employees.

STATE OF CALIFORNIA                                                        DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165              INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (Explain) _____

   _____

3) Disclosure of information received.


A Northern Structure member reported during a debriefing interview that Acuna was assaulted at
PBSP B Facility in 1990 by "Oso" Gerald Winston D51285, because Acuna was an EME associate
and had directed assaults against Northern Hispanic inmates at PBSP Facility A.



                              (If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material

   folder). _____

   Confidential Memorandum dated March 29, 2004 in confidential section of C-File


D. T. Hawkes, Correctional Counselor II                          June 2, 2006
       STAFF SIGNATURE, TITLE                                   DATE DISCLOSED
        DISTRIBUTION: WHITE ᴄ. Central File; GREEN ᴄᴄ Inmate; YELLOW ᴄᴄ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165

INMATE NAME:   ACUNA, ARCADIO

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____  submitted by

   _____

   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (Explain) _____

3) Disclosure of information received.

This is a debriefing interview with an EME associate. The source identified Acuna as an EME associate known as "Cadio" of Cucamonga. He stated Acuna was assaulted in the B4 Dining Room in 1990 by a gang rival, a Northern Hispanic (identified in the report as NS member "Oso" Gerald Winston D51285)

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

Confidential Memorandum dated February 10, 1995 in confidential section of C-File

D. T. Hawkes, Correctional Counselor II                     June 2, 2006
STAFF SIGNATURE, TITLE                                       DATE DISCLOSED
DISTRIBUTION: WHITE ▫ Central File;  GREEN ▫ Inmate;  YELLOW ▫ Institution Use

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C43165_          INMATE NAME: _ACUNA, ARCADIO_

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐  This source has previously provided confidential information which has proven to be true.

   b) ☐  This source participated in and successfully completed a Polygraph examination.

   c) ☒  More than one source independently provided the same information.

   d) ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒  Part of the information provided by the source(s) has already proven to be true.

   f) ☐  Other (EXPLAIN) _____

   _____

3) Disclosure of information received.

   The information received indicated the following: _DURING A DEBRIEFING AN_
   _ASSOCIATE OF THE MEXICAN MAFIA, YOU WERE_
   _IDENTIFIED AS AN ASSOCIATE OF THE MEXICAN_
   _MAFIA (EME) PRISON GANG W/ AKA OF "CADIO"_

   (If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
   folder). _CONFIDENTIAL MEMO DATED 2/10/95 LOCATED IN_
   _THE CONFIDENTIAL SECTION OF YOUR C-FILE._

   _____          _12/4/96_
   STAFF SIGNATURE, TITLE              DATE DISCLOSED

   DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

   07 82059

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER   C43165                INMATE NAME:   ACUNA, ARCADIO

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____   submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☒ More than one source independently provided the same information.

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (Explain) _____

_____

3) Disclosure of information received.

During a debriefing interview, an EME associate reported that Acuna was one of the Mexican Mafia's representatives in PBSP B Facility, and was slashed across the face by a Northern Hispanic inmate when he was eating in the dining room. After Acuna arrived at PBSP Administrative Segregation Unit, he wrote to EME associate "Gusi" Gustavo Flores C62331 of Rivas and directed an assault on "Wolfie" Louis Robles D11016 of Casa Blanca because Robles failed to warn or assist Acuna when he was assaulted in the Dining Room. Instead, Robles was cleared of any wrongdoing by other EME associates. The source identified Acuna as "Cadio" of Cucamonga.

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

Confidential Memorandum dated February 1, 1993 in confidential section of C-File

D. T. Hawkes, Correctional Counselor II                         June 2, 2006
STAFF SIGNATURE, TITLE                                        DATE DISCLOSED

DISTRIBUTION: WHITE ▭ Central File;  GREEN ▭ Inmate;  YELLOW ▭ Institution Use

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: __C43165__    INMATE NAME: __Acuna__

1)   Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a)   CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b)   CDC-114-D, Order and Hearing for Placement in Segregated Housing dated __9/29/93__

2)   Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a)   ☐   This source has previously provided confidential information which has proven to be true.

b)   ☐   This source participated in and successfully completed a Polygraph examination.

c)   ☒   More than one source independently provided the same information.

d)   ☒   This source incriminated himself/herself in a criminal activity at the time of providing the information.

e)   ☒   Part of the information provided by the source(s) has already proven to be true.

f)   ☐   Other (EXPLAIN) _____

3)   Disclosure of information received.

The information received indicated the following: __In a debriefing interview__
__with an inmate you were identified as__
__"Cadio" an EME associate from Cocamonga.__
_____
_____
_____

(If additional space needed, attach another sheet.)

4)   Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
folder. __Confidential memo located in confidential section__
__of c-file date 2/1/93 by J. Briddle, PBSP IGI__

__[signature] CCI__                                    __9/29/93__
STAFF SIGNATURE, TITLE                                 DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

07 82069

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

    Information received from a confidential source(s) has been considered in the:

    a) CDC-115, Disciplinary Report dated _____    submitted by

    _____
                           STAFF NAME, TITLE

    b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

    The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

    This information is considered reliable because:

    a)☐ This source has previously provided confidential information which has proven to be true.

    b)☐ This source participated in and successfully completed a Polygraph examination.

    c)☐ More than one source independently provided the same information.

    d)☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

    e)☐ Part of the information provided by the source(s) has already proven to be true.

    f)☒ Other (Explain) _____

       Note discovered in cell of "Duke" Victor Miranda K59950 of Pico Viejo, Dec. 4, 2003

3) Disclosure of information received.

The note was sent to Miranda from "Nene" Hugo Hernandez H05442 of San Fer – Jokers. Hernandez wrote:
"Beto and Cario are close friends and they work in Auto Body. What I meant to say is take Conejo's yaves and I
did. I got the yaves from Conejo. I can prove it. So I think Beto must have told Cario I told Ciego that I was
gonna take the yaves, but it was never Toto's. It was Terco's…If I can get granted to put Ciego, Beto, Cario,
Conejo and myself all together the truth will come out. It will show that yes Beto was under the wrong
impression and he ran with it." Gilbert Lopez K86894 is "Beto" of San Diego  Armando Molinar D53455 is
"Conejo" of Evergreen. Robert Lopez C06986 is "Toto" of Santa Paula. Victor Acuna D33299 is "Terco" of
Bassett Grande. The term "yaves" is "llaves," and refers to authorization to conduct EME gang activities on
behalf of the EME.

                (If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material

folder). _____

   Confidential Memorandum dated December 12, 2003 in confidential section of C-File

_D. T. Hawkes_ (signature)

D. T. Hawkes, Correctional Counselor II                        June 2, 2006
         STAFF SIGNATURE, TITLE                          DATE DISCLOSED
     DISTRIBUTION: WHITE ☞ Central File; GREEN ☞ Inmate; YELLOW ☞ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C 43165_    INMATE NAME: _Acuna_

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☐ More than one source independently provided the same information.

d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (EXPLAIN) _____

_____

3) Disclosure of information received.

The information received indicated the following: that you inmate Acuna
C-43165, continued to participate with
Mexican Mafia Activities while at the
California State Prison-Los Angeles County
Facility "B"

_____

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
folder). Confidential Memorandum dated 12-12-03. Authored
by S. Preciado, Institutional Gang Investigator, Assistant
located in your Confidential Folder

_____ _____    04/20/04
STAFF SIGNATURE, TITLE    DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

87-02059

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                    INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

    Information received from a confidential source(s) has been considered in the:

     a) CDC-115, Disciplinary Report dated _____    submitted by

    _____
                           STAFF NAME, TITLE

     b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

    The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

    This information is considered reliable because:

     a) ☐ This source has previously provided confidential information which has proven to be true.

     b) ☐ This source participated in and successfully completed a Polygraph examination.

     c) ☒ More than one source independently provided the same information.

     d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

     e) ☒ Part of the information provided by the source(s) has already proven to be true.

     f) ☐ Other (Explain) _____

3) Disclosure of information received.

An EME associate during a debriefing interview, reported that Acuna is an inactive EME associate who continues to participate in EME gang politics.

                   (If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

    Confidential Memorandum dated November 18, 2003 in confidential section of C-File

_D. T. Hawkes_ (signature)

D. T. Hawkes, Correctional Counselor II                                  June 2, 2006
STAFF SIGNATURE, TITLE                                                    DATE DISCLOSED

    DISTRIBUTION: WHITE ∞ Central File;  GREEN ∞ Inmate;  YELLOW ∞ Institution Use

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER   C43165                INMATE NAME:   ACUNA, ARCADIO

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____   submitted by

   _____
                              STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☒ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (Explain) _____

3) Disclosure of information received.

   A self-admitted associate of the EME reported that "Cadio" Acuna was released from PBSP-SHU after getting his status changed to inactive. The source related that Acuna is very active, and was awaiting confirmation of EME membership. There were doubts about the granting of EME membership due to Acuna's age and the fact he had not killed anyone for the gang. While at CCI, Acuna was taking care of four or five EME members at PBSP-SHU. Acuna was sending money to EME members "Terco" Acuna, "Sleepy" Gabriel Huerta C80766 of Wilmas, "Chino" David Delgadillo D16318 of Geraghty Loma, and "Popeye." Acuna was reportedly instructing the inmates about the EME. Acuna reportedly targeted "Squid" Mark Galvan H91736 of Arlanza for assault. The targeting of Galvan for assault was questioned by another person operating for the EME. Acuna's name was on a list of persons the EME was protecting. Acuna and the other six individuals with this protection became known as the "Magnificent Seven." The note endorsing this action was signed by ten EME members from PBSP

                      (If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

   Confidential Memorandum dated September 23, 2003 in confidential section of C-File

_D. T. Hawkes_ (signature)

D. T. Hawkes, Correctional Counselor II                              June 2, 2006
            STAFF SIGNATURE, TITLE                                   DATE DISCLOSED

         DISTRIBUTION: WHITE ▭ Central File; GREEN ▭ Inmate; YELLOW ▭ Institution Use

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C43165_          INMATE NAME: _Acuna_

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
                              STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which has proven to be true.

   b) ☐ This source participated in and successfully completed a Polygraph examination.

   c) ☐ More than one source independently provided the same information.

   d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☐ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (EXPLAIN) _____

   _____

3) Disclosure of information received.

   The information received indicated the following: _That you Inmate Acuna_
   _continue to involve yourself in Mexican_
   _Mafia Prison Gang activities by sending_
   _money to Mexican Mafia members._
   _____

   (If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
   folder). _Confidential Memorandum Dated 9-25-03_
   _located in your Confidential Folder_

   _____                    _4/20/04_
            STAFF SIGNATURE, TITLE                        DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165

INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

    Information received from a confidential source(s) has been considered in the:

    a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

    b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

    The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

    This information is considered reliable because:

    a) ☐ This source has previously provided confidential information which has proven to be true.

    b) ☐ This source participated in and successfully completed a Polygraph examination.

    c) ☒ More than one source independently provided the same information.

    d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

    e) ☒ Part of the information provided by the source(s) has already proven to be true.

    f) ☐ Other (Explain) _____

_____

3) Disclosure of information received.

An EME associate reported that "Cadio" Acuna taught EME associate "Corky" Manuel Flores K32962 how to communicate in code. Acuna used this code in his correspondence with "Popeye" at PBSP. Acuna used "Dean" Salvador Mendoza to assist in redirecting his letters to avoid staff detection that could result in Acuna's return to active status.

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

    Confidential Memorandum dated August 8, 2002 in confidential section of C-File _____

_D. T. Hawkes_

D. T. Hawkes, Correctional Counselor II
STAFF SIGNATURE, TITLE

June 2, 2006
DATE DISCLOSED

DISTRIBUTION: WHITE ▭ Central File; GREEN ▭ Inmate; YELLOW ▭ Institution Use

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                  INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____  submitted by

_____

                           STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____ .

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☒ More than one source independently provided the same information.

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (Explain) _____

_____

3) Disclosure of information received.

A validated EME associate reported that Acuna and "Jo Jo" (identified as EME associate Anthony Sisneros D68626) of Trece Locos were directing the gang activities in PBSP ASU in 1990. Acuna was identified as providing weapons to other EME associates. The source identified Acuna as an EME associate known as "Cadio" of Cucamonga.

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

Confidential Memorandum dated March 5, 2002 in confidential section of C-File

_D. T. Hawkes, Correctional Counselor II_____      _____June 2, 2006_____
                STAFF SIGNATURE, TITLE                                          DATE DISCLOSED

DISTRIBUTION: WHITE ⌐ Central File; GREEN ⌐ Inmate; YELLOW ⌐ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                    INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☐ More than one source independently provided the same information.

d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☐ Part of the information provided by the source has already proven to be true.

f) ☒ Other (Explain) _____

   Letter from Josie Acuna to Arcadio Acuna

3) Disclosure of information received.

In a letter, Josie Acuna informed Arcadio Acuna that she encountered EME member "Judy" Estrada at the Department of Motor Vehicles. She informed Acuna that she gave Estrada Acuna's address, and Estrada said he would soon be corresponding with him. Josie Acuna also stated that if there is anything important to pass along to Estrada, he simply needs to send her the letter and she will deliver it to Estrada

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

   Confidential CDC Form 128B dated September 21, 2000 in confidential section of C-File

_____          June 2, 2006
D. T. Hawkes, Correctional Counselor II                DATE DISCLOSED
STAFF SIGNATURE, TITLE
DISTRIBUTION: WHITE ᴄᴄ Central File;  GREEN ᴄᴄ Inmate;  YELLOW ᴄᴄ Institution Use

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C43165_          INMATE NAME: _ACUNA_

1)  Use of Confidential Information.

    Information received from a confidential source(s) has been considered in the:

    a)  CDC-115, Disciplinary Report dated _____ submitted by

    _____
                                    STAFF NAME, TITLE

    b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____ .

2)  Reliability of Source.

    The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

    This information is considered reliable because:

    a)  ☐  This source has previously provided confidential information which has proven to be true.

    b)  ☐  This source participated in and successfully completed a Polygraph examination.

    c)  ☐  More than one source independently provided the same information.

    d)  ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

    e)  ☐  Part of the information provided by the source(s) has already proven to be true.

    f)  ☐  Other (EXPLAIN) _____
    _____

3)  Disclosure of information received.

    The information received indicated the following: _that you Inmate Acuna_
    _continued to communicate with a_
    _validated physical mafia member_
    _Arturo Estrada CDC # C-63175._

    _____

    _____

                          (If additional space needed, attach another sheet.)

4)  Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
    folder). _CDC-128B Dated 09-21-00 Authored_
    _by Correctional Officer B. Shelton located in_
    _your confidential folder._

    _____                    _04/20/04_
         STAFF SIGNATURE, TITLE                        DATE DISCLOSED

              DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

                                                                        07 82009

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                    INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a)  CDC-115, Disciplinary Report dated _____    submitted by

   _____
                              STAFF NAME, TITLE

   b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a)☐  This source has previously provided confidential information which has proven to be true.

   b)☐  This source participated in and successfully completed a Polygraph examination.

   c)☐  More than one source independently provided the same information.

   d)☐  This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e)☐  Part of the information provided by the source(s) has already proven to be true.

   f)☒  Other (Explain) _____
        Coded communication from EME member Ruben Hernandez C04672 to Acuna

3) Disclosure of information received.

This documents the misuse of legal assistance between inmates for the purpose of EME member "Tupi" Ruben Hernandez C-04672 to pass along a coded message on January 26, 1994, to Acuna. In the message, Hernandez made reference to "Estrada v. Cucamonga 94 Daily Journal 237. Tudy made out alright. 7 years." Hernandez referenced a volume of the Daily Journal that did not exist in order to pass along information to Acuna about EME member "Tudy" Arthur Estrada C63175 (now V26050) of Cucamonga.

(If additional space needed, attach another sheet.)

4)  Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

   Confidential Memorandum dated January 31, 1994 in confidential section of C-File _____

*D. T. Hawkes* (signature)

D. T. Hawkes, Correctional Counselor II                        June 2, 2006
           STAFF SIGNATURE, TITLE                              DATE DISCLOSED
              DISTRIBUTION:  WHITE ☐ Central File;  GREEN ☐ Inmate;  YELLOW ☐ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C 43165          INMATE NAME: ACUNA

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated  1-3-95

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☐ More than one source independently provided the same information.

d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☐ Part of the information provided by the source(s) has already proven to be true.

f) ☒ Other (EXPLAIN) Correctional staff circumvented misuse of legal assistance between inmates

3) Disclosure of information received.

The information received indicated the following: A letter was directed to you from an EME member and the message was a coded message in the form of a false case citation.

_____

_____

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). Memorandum dated Jan 31, 1994 located in the confidential section authored by O. T. Hawkes

_____          1-3-95
STAFF SIGNATURE, TITLE                      DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

B7 82069

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER     C43165 _____     INMATE NAME:     ACUNA, ARCADIO _____

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____     submitted by

   _____
   STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a)☐ This source has previously provided confidential information which has proven to be true.

   b)☐ This source participated in and successfully completed a Polygraph examination.

   c)☒ More than one source independently provided the same information.

   d)☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e)☒ Part of the information provided by the source(s) has already proven to be true.

   f)☐ Other (Explain) _____

   _____

3) Disclosure of information received.


This documents an interview with an EME associate. The source identified Acuna as "Cadio" of Cucamonga, and reported that Acuna was recently (1993) granted EME membership. The source also reported that Acuna's crime partner was "Huero" Marco Ramirez C55431 of Ontario, who was assaulted at PBSP B Facility by EME associates for becoming a "Christian."


(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

   Confidential Memorandum dated May 13, 1993 in confidential section of C-File _____

_D. T. Hawkes_ (signature)
D. T. Hawkes, Correctional Counselor II                          June 2, 2006
STAFF SIGNATURE, TITLE                                          DATE DISCLOSED
DISTRIBUTION: WHITE ⊡ Central File;  GREEN ⊡ Inmate;  YELLOW ⊡ Institution Use

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: ___C43165___          INMATE NAME: ___Acuna___

1)   Use of Confidential Information.

     Information received from a confidential source(s) has been considered in the:

     a)   CDC-115, Disciplinary Report dated _____ submitted by

     _____
                              STAFF NAME, TITLE

     b)   CDC-114-D, Order and Hearing for Placement in Segregated Housing dated ___9/29/93___

2)   Reliability of Source.

     The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

     This information is considered reliable because:

     a)  ☒  This source has previously provided confidential information which has proven to be true.

     b)  ☐  This source participated in and successfully completed a Polygraph examination.

     c)  ☒  More than one source independently provided the same information.

     d)  ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

     e)  ☒  Part of the information provided by the source(s) has already proven to be true.

     f)  ☐  Other (EXPLAIN) _____

3)   Disclosure of information received.

     The information received indicated the following: _In an interview with_
     _an inmate ~~that~~ you were identified as_
     _a new EME member from Cocamonga_
     _aka "Cadio"_

     _____

     _____

                    (If additional space needed, attach another sheet.)

4)   Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
     folder). _Confidential memo located in confidential section_
     _of c-file dated 5/13/93 by P. Hawkes PBSP IGI_

     _____        ___9/1/93___
            STAFF SIGNATURE, TITLE (CI)           DATE DISCLOSED

          DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

                                                                        B7 82069

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM                          14

INMATE NUMBER    C43165                INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

    Information received from a confidential source(s) has been considered in the:

      a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

      b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

    The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

    This information is considered reliable because:

    a) ☐ This source has previously provided confidential information which has proven to be true.

    b) ☐ This source participated in and successfully completed a Polygraph examination.

    c) ☐ More than one source independently provided the same information.

    d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

    e) ☐ Part of the information provided by the source(s) has already proven to be true.

    f) ☒ Other (Explain) _____
        Letter from Gavaldon C15377 to Gavaldon C15376

3) Disclosure of information received.

In a letter from EME associate "Little Spider" Roy Gavaldon C15377 to his brother, EME member "Big Spider" David Gavaldon C15376, the younger Gavaldon informs his brother that Acuna received a letter from a lawyer who has an office in his area. Included with the letter was a birthday greeting card for David Gavaldon signed by various EME associates, including Acuna. Acuna's message to Gavaldon , with portions in Spanish translated, stated the following "With all my respect, I send you greetings. Hope to see you again soon. Your pal, Cadio." The letter contained coded information (numbers written in Nahuatl), references to several EME members, names of people who were just granted EME membership, and other EME gang-related messages.

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _____

    Confidential Memorandum dated October 29, 1992 in confidential section of C-File

_____                          June 2, 2006
D. T. Hawkes, Correctional Counselor II                 DATE DISCLOSED
STAFF SIGNATURE, TITLE

DISTRIBUTION: WHITE ▢ Central File;  GREEN ▢ Inmate;  YELLOW ▢ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: ___C 43165___    INMATE NAME: ___Acuna___

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated ___9/29/93___

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution. This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☐ More than one source independently provided the same information.

d) ☐ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☐ Part of the information provided by the source(s) has already proven to be true.

f) ☒ Other (EXPLAIN) ___Primary source information___

3) Disclosure of information received.

The information received indicated the following: ___In a coded letter from one EME affiliate to another you are implicated in gang activity.___

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). ___Confidential memo & attached correspondence in confidential section of c-file dated 10/29/92 by Hawkes, PBSP, IGI___

_____        ___9/29/93___
STAFF SIGNATURE, TITLE  CCI          DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

87 82069

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                    INMATE NAME:    ACUNA, ARCADIO

1)  Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a)  CDC-115, Disciplinary Report dated _____ submitted by

   _____
                                    STAFF NAME, TITLE

   b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2)  Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐  This source has previously provided confidential information which has proven to be true.

   b) ☐  This source participated in and successfully completed a Polygraph examination.

   c) ☒  More than one source independently provided the same information.

   d) ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒  Part of the information provided by the source(s) has already proven to be true.

   f) ☐  Other (Explain) _____

   _____

3)  Disclosure of information received.

This is an interview with an EME associate, who identified Acuna as an active EME associate. Acuna is referenced on a list as an EME associate. No specific gang activity is identified.

(If additional space needed, attach another sheet.)

4)  Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material

folder). _____

   Confidential Memorandum dated August 31, 1990 in confidential section of C-File

_____
D. T. Hawkes, Correctional Counselor II
          STAFF SIGNATURE, TITLE

June 2, 2006
DATE DISCLOSED

DISTRIBUTION: WHITE ⚏ Central File; GREEN ⚏ Inmate; YELLOW ⚏ Instiution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS.

*C File*

*14*

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C-43165_        INMATE NAME: _Acuna_

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _11-5-90_

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐  This source has previously provided confidential information which has proven to be true.

b) ☐  This source participated in and successfully completed a Polygraph examination.

c) ☒  More than one source independently provided the same information.

d) ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒  Part of the information provided by the source(s) has already proven to be true.

f) ☐  Other (EXPLAIN) _____

_____

3) Disclosure of information received.

The information received indicated the following: _During the debriefing process a reliable confidential source identified you as an active EME associate housed at PBSP._

_____

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _Confidential Memo dated 8-31-90 authored by J. Anderson Lt. located in confidential section of C-_

_P. Perkins     CCI_                              _2-8-91_
STAFF SIGNATURE, TITLE                          DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

87 87009

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C43165_    INMATE NAME: _ACUNA_

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐  This source has previously provided confidential information which has proven to be true.

b) ☐  This source participated in and successfully completed a Polygraph examination.

c) ☒  More than one source independently provided the same information.

d) ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☐  Part of the information provided by the source(s) has already proven to be true.

f) ☐  Other (EXPLAIN) _____

_____

3) Disclosure of information received.

The information received indicated the following: _Confidential memo dated 8-31-90 identifies you as an EME associate through a Debrief interview of an inmate requesting to disassociate himself from the EME Prison Gang._

_____
(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _Confidential Folder of your C-File contained C.M. 8-31-90_

_N Reynolds CCI_                              _8-26-91_
STAFF SIGNATURE, TITLE                        DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

07 02009

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165                INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a)  CDC-115, Disciplinary Report dated _____ submitted by

   _____
   STAFF NAME, TITLE

   b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐  This source has previously provided confidential information which has proven to be true.

   b) ☐  This source participated in and successfully completed a Polygraph examination.

   c) ☒  More than one source independently provided the same information.

   d) ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e) ☒  Part of the information provided by the source(s) has already proven to be true.

   f) ☐  Other (Explain) _____

   _____

3) Disclosure of information received.

This is a debriefing interview with an EME associate, who identified Acuna as an EME associate he
knew as "Carrio." The source stated that Acuna may have been involved in the riot that took place at
California State Prison Sacramento County on May 25, 1989 (referring to the EME gang-related
assault on Black inmates).

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material

   folder). _____

   Confidential Memorandum dated September 20, 1989 in confidential section of C-File

_D.T. Hawkes_____
D. T. Hawkes, Correctional Counselor II                        June 2, 2006
      STAFF SIGNATURE, TITLE                                  DATE DISCLOSED
        DISTRIBUTION: WHITE ☞ Central File; GREEN ☞ Inmate; YELLOW ☞ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

15

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C43165_     INMATE NAME: _ACUNA_

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☐ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☒ More than one source independently provided the same information.

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☐ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (EXPLAIN) _____

_____

3) Disclosure of information received.

The information received indicated the following: _Confidential memo dated 9-20-89 identifies you as an EME associate through a Debrief interview of an inmate requesting to disassociate himself from the EME Prison Gang._

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _Confidential Folder of your C-File_

_N. Reynolds   CCI_
STAFF SIGNATURE, TITLE

_8-26-91_
DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

B7 82060

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: C-43165       INMATE NAME: Acuna

1)  Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a)  CDC-115, Disciplinary Report dated _____ submitted by

_____

STAFF NAME, TITLE

b)  CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _11-5-90_

2)  Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a)  ☐  This source has previously provided confidential information which has proven to be true.

b)  ☐  This source participated in and successfully completed a Polygraph examination.

c)  ☒  More than one source independently provided the same information.

d)  ☒  This source incriminated himself/herself in a criminal activity at the time of providing the information.

e)  ☒  Part of the information provided by the source(s) has already proven to be true.

f)  ☐  Other (EXPLAIN) _____

_____

3)  Disclosure of information received.

The information received indicated the following: _during the debriefing_
_process an EME associate identified you_
_as an EME associate who may have been_
_involved in the 5-25-89 incident at Folsom_
_Fac B._

(If additional space needed, attach another sheet.)

4)  Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material
folder.) _Confidential memo dated 9-20-89 authored by_
_C. Davis c/o located in confidential section of C-File_

P. Perkins  CCI                                    2-8-91
STAFF SIGNATURE, TITLE                            DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

B7 82069

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC 1030 (12/86)

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER    C43165               INMATE NAME:    ACUNA, ARCADIO

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) CDC-115, Disciplinary Report dated _____ submitted by

   _____
                              STAFF NAME, TITLE

   b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _____

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a)☐ This source has previously provided confidential information which has proven to be true.

   b)☐ This source participated in and successfully completed a Polygraph examination.

   c)☒ More than one source independently provided the same information.

   d)☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

   e)☒ Part of the information provided by the source(s) has already proven to be true.

   f) ☐ Other (Explain) _____

   _____

3) Disclosure of information received.

During a debriefing interview, an EME associate identified Acuna as an EME associate he knew as "Gladio." Acuna is referenced on a list as an EME associate. No specific gang activity is identified

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material

   folder). _____

   Confidential Memorandum dated October 11, 1988 in confidential section of C-File

_D. T. Hawkes_

D. T. Hawkes, Correctional Counselor II                          June 2, 2006
            STAFF SIGNATURE, TITLE                             DATE DISCLOSED
            DISTRIBUTION: WHITE ᴅᴅ Central File; GREEN ᴅᴅ Inmate; YELLOW ᴅᴅ Institution Use

STATE OF CALIFORNIA
CDC 1030 (12/86)

DEPARTMENT OF CORRECTIONS

## CONFIDENTIAL INFORMATION DISCLOSURE FORM

INMATE NUMBER: _C-43165_    INMATE NAME: _Acuna_

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) CDC-115, Disciplinary Report dated _____ submitted by

_____
STAFF NAME, TITLE

b) CDC-114-D, Order and Hearing for Placement in Segregated Housing dated _11-5-90_

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☒ This source has previously provided confidential information which has proven to be true.

b) ☐ This source participated in and successfully completed a Polygraph examination.

c) ☒ More than one source independently provided the same information.

d) ☒ This source incriminated himself/herself in a criminal activity at the time of providing the information.

e) ☒ Part of the information provided by the source(s) has already proven to be true.

f) ☐ Other (EXPLAIN) _____

_____

3) Disclosure of information received.

The information received indicated the following: _during the debriefing process a validated EME defector listed you as an EME acsociate housed at Folsom._

_____

_____

(If additional space needed, attach another sheet.)

4) Type and current location of documentation, (for example: CDC-128-B of 5-15-86 in the confidential material folder). _Confidential memo dated 10-11-88 authored by J McMrlin C/O located in confidential section of C-File_

_P. Perkins    CCI_                        _2-8-91_
STAFF SIGNATURE, TITLE                   DATE DISCLOSED

DISTRIBUTION: WHITE — Central File; GREEN — Inmate; YELLOW — Institution Use

## PROOF OF SERVICE BY MAIL

(C.C.P. section 101a #2015.5; 20 U.S.C. section 1746)

I, _Arcadio Acuna_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below entitled action.

My Address is: P.O. Box 7500; Crescent City, CA 95531.

On the _29th_ day of _Sept._, in the year of 20 _06_, I served the following documents: (set forth the exact title of documents served)

_Declaration_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United states mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_Pamela A Hooley, Deputy Atty General_
_P.O. Box 944255_
_Sacramento, CA_
_94244-2550_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _29th_ day of _Sept._, 20 _06_.

Signed: _Arcadio Acuna_
(Declarant Signature)

Rev: 03/10/00

PROOF OF SERVICE

**Case Name:**    Arcadio  Acuña  C-43165 on habeas Corpus
**Court:**        Del Norte County Superior Court
**Case No.:**     HCPB 05-5242

I am a citizen of the United States, over the age of 18 years, and not a party to the above-entitled action.  My business address is 1 Point Saint George Place, Crescent City, California 95531.

On October 2, 2006, I caused to be served

**SUPPLEMENTAL DECLARATION OF ARCADIO  ACUÑA**

on the interested party(ies) listed below, addressed as follows:

Office of Attorney General
1300 I Street, Suite 1101
P. O. Box 944255
Sacramento, CA 94244-2550

✓ **By Regular Mail**.  By placing at my place of business a true copy thereof in a sealed envelope with first-class postage, for collection and mailing with the U.S. Postal Service where it would be deposited with the U.S. Postal Service that same day in the ordinary court of business, addressed as set forth above.

___**By Personal Service**.  By personally delivering a true copy thereof to the party(ies) at the address(es) set forth above.

___**By Facsimile**.  By faxing a true copy thereof to the party(ies) at the facsimile number(s) set forth above.

___**By Courthouse Mailbox**.  By placing a true copy thereof in the appropriate mail receptacle located in the Court House.

I declare under penalty of perjury under the laws of the State of the California that the foregoing is true and correct.

Executed October 2, 2006, at Crescent City, California, by

_Donna Lema_____.
Donna Lema, Declarant