# EXHIBIT 13

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF DEL NORTE

| | |
|---|---|
| ARCADIO C-43165 ACUNA<br>Plaintiff,<br>Counsel: Mavris (NP)<br>Mr. Alexander special appearance.<br>Vs.<br>RICHARD WARDEN KIRKLAND<br>Defendant<br>Counsel: HOOLEY — present telephonically | Judge: ☒ FOLLETT ☐<br>Clerk: ☐Enea ☐Obuchon ☐Reynolds ☐Robson ☒Rodriguez ☐<br>Bailiff: ☐Esparza ☒Dickson ☐Shine ☐<br>CSR: ☒Beard ☐Cobarruviaz ☐McClendon☐<br>Cert. Interpreter: _____<br>Non-certified Interpreter: _____<br>Language: ☐Spanish ☐ |
| ☐Motion for<br>☐Order to Show Cause Re:<br>☐Demurrer<br>☐Summary Judgment<br>☐Other<br>☒REVIEW | Date: **10/06/2006**<br><br>Case Number: HC-PB-05-0005242 |

☐Plaintiff present ☐In Pro Per ☒Not present    ☐Defendant present ☐In Pro Per ☒Not present
☐Continuance requested by _____    ☐Granted    ☐Denied
☒No appearances in opposition.
☒Argued by counsel and submitted.
☐Submitted on the pleadings.
**OTHER:**

_____
_____
_____

**BY ORDER OF THE COURT:**
☐Motion Granted.                            ☐Motion Denied.
☐Case stands submitted.
☐Briefing schedule: _____
☐Demurrer sustained ☐with leave to amend ☐without leave to amend
☐Amended Complaint to be on file by _____
☐Demurrer overruled with answer to be on file by _____
☐Motion for Summary Judgment    ☐granted    ☐denied
☐Continued to _____ at _____ ☐Dept. 1    ☐Dept. 2
**OTHER ORDERS:**
Case dismissed, petition dismissed/discharged, OSC dismissed.
_____
_____
_____
_____

COPIES TO:
☒Counsel    ☐Petitioner    ☒Hooley    ☐_____
  Mavris

Misc. Civil Minutes Rev. 8/2005                    (64)

# EXHIBIT 14

```
ID-DSPRC8                DEL NORTE SUPERIOR COURT                      PAGE   1
DATE  6/09/08      CASE#: DN SU HC-PB-05-0005242-000                TIME 15:43

TYPE: PELICAN BAY HABEAS CORPUS        STATUS: CLOSED              10/06/06
    ACUNA, ARCADIO VS. KIRKLAND, RICHARD
    -----------JUDGE -----------              --PARTY #--
CURRENT: FOLLETT, WILLIAM H
                                          ------------ATTORNEYS-------------
PT 001: ACUNA, ARCADIO  C-43165           NONE
            VS.
RS 002: KIRKLAND, RICHARD WARDEN          HOOLEY, PAMELA
---------------------------------------------------------------------------
                              ISSUES
---------------------------------------------------------------------------
                           MAJOR EVENTS
10/06/05 HABEAS CORPUS PET.                                    CRT6153000
 2/14/06 WRIT OSC                                              CRT5998000
 6/19/06 RETURN ON HABEAS COR                                  CRT7937000
 7/17/06 TRAVERSE ON HB FILED                                  CRT5384000
10/06/06 DISMISSAL                                             CRT9649000
10/06/06 DATE CLOSED      DISPOSITION: DISMISSAL
---------------------------------------------------------------------------
                              PROCEEDINGS
FILING
DATE       EVENT           COMMENT              EVENT DATE     PERSON/PARTY
10/06/05 HABEAS CORPUS PET.                                    CRT6153000
           HABEAS CORPUS PETITION FILED
10/06/05 FILE TRACKING                                         CRT6153000
           FILE LOCATED AT: Judge Follett for review.
10/31/05 REQ. INFORM. RES.                                     CRT5998000
           REQUEST FOR INFORMAL RESPONSE Filed
10/31/05 TRACKING            GIVE TO ESPE     FOR: 1/03/06 19:00 CRT5998000
   DISPOSITION: CONTIN/RESCHEDULE
           TRACKING PURPOSE ONLY  CLERK TO REVIEW - IR by AG due
           12/30/05
11/01/05 FILE TRACKING                                         CRT5998000
           FILE LOCATED AT: Case filed back on wall
12/30/05 FILED                                                 CRT6153000
           Informal response of Atty. General
12/30/05 FILED                                                 CRT6153000
           Sealed documents pursuant to 10/31/05 court order: CO
           NFIDENTIAL exhibits X, Y, Z
 1/03/06 TRACKING            GIVE TO ESPE     FOR: 1/19/06 19:00 CRT5998000
   DISPOSITION: VACATE
           TRACKING PURPOSE ONLY  CLERK TO REVIEW - IR by inmate
           due 1/17/06
 1/03/06 FILE TRACKING                                         CRT5998000
           FILE LOCATED AT: Case filed back on wall
 1/13/06 FILED                                                 CRT9875000
           Reply to informal response to petition for writ of ha
           beas corpus.
 1/13/06 FILE TRACKING                                         CRT9875000
           FILE LOCATED AT: to judge Follett for review
 1/13/06 FILE TRACKING                                         CRT5998000
           FILE LOCATED AT: Case file to Judge Follett
 2/14/06 WRIT OSC                                              CRT5998000
           ORDER TO SHOW CAUSE RE WRIT OF HABEAS CORPUS FILED
 2/14/06 TRACKING            GIVE TO ESPE     FOR: 3/20/06 19:00 CRT5998000
   DISPOSITION: CONTIN/RESCHEDULE
```

```
ID-DSPRC8                    DEL NORTE SUPERIOR COURT                    PAGE   2
DATE  6/09/08         CASE#: DN SU HC-PB-05-0005242-000                TIME 15:43
```

```
              TRACKING PURPOSE ONLY  CLERK TO REVIEW - Return due f
              rom AG 3/16/06
2/14/06 FILE TRACKING                                                CRT5998000
              FILE LOCATED AT: Case filed back on wall
3/07/06 ATTY. FEE REQUEST                                            CRT6153000
              ATTORNEY FEE REQUEST from atty. Mavris for $337.50
3/07/06 RECEIVED                                                     CRT6153000
              Order on atty. fees
3/07/06 FILE TRACKING                                                CRT6153000
              FILE LOCATED AT: Esperanza
3/08/06 FILE TRACKING                                                CRT5998000
              FILE LOCATED AT: Case file to Judge Follett
3/10/06 ORDER FOR ATTY. FEES                                         CRT9875000
              to George Mavris for 337.50 signed by judge William H
              . Follett, copy to county 3/10/06.
3/10/06 FILE TRACKING                                                CRT5998001
              FILE LOCATED AT: Case file to processing clerks
3/16/06 FILED                                                        CRT5384000
              respondent's request for extension of time to file
              return
3/16/06 ORDER                                                        CRT5384000
              ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION
              OF TIME TO FILE RETURN SIGNED BY JUDGE FOLLETT
              granted to 4/17/06
3/17/06 FILE TRACKING                                                CRT5384000
              FILE LOCATED AT: JUDGE FOLLETT
3/17/06 TRACKING              GIVE TO ESPE       FOR:  4/19/06 19:00 CRT5998000
  DISPOSITION: CONTIN/RESCHEDULE
              TRACKING PURPOSE ONLY  CLERK TO REVIEW - Return due f
              rom AG 4/17/06
3/17/06 FILE TRACKING                                                CRT5793001
              FILE LOCATED AT: Case filed to Processing Clerk.
4/18/06 RECEIVED                                                     CRT5384000
              STIPULATION TO EXTEND TIME TO FILE RETURN
4/25/06 TRACKING              GIVE TO ESPE       FOR:  6/07/06 19:00 CRT5998000
  DISPOSITION: CONTIN/RESCHEDULE
              TRACKING PURPOSE ONLY  CLERK TO REVIEW - Return due f
              rom AG 6/5/06
4/25/06 FILE TRACKING                                                CRT5998000
              FILE LOCATED AT: Case file to processing clerks
4/25/06 ORDER                                                        CRT9875000
              Order granting extension of time to file Return until
              6/5/06, signed by judge William H. Follett.
6/05/06 RECEIVED                                                     CRT7937000
              Request for Extension of Time to File Return
6/05/06 FILE TRACKING                                                CRT7937000
              FILE LOCATED AT: Follett
6/07/06 ATTY. FEE REQUEST                                            CRT9875000
              ATTORNEY FEE REQUEST from George Mavris 202.50 filed,
              order rcvd.
6/08/06 TRACKING              GIVE TO ESPE       FOR:  6/21/06 19:00 CRT5998000
  DISPOSITION: CONTIN/RESCHEDULE
              TRACKING PURPOSE ONLY  CLERK TO REVIEW - Return due f
              rom AG 6/19/06
6/08/06 FILE TRACKING                                                CRT5998000
```

```
ID-DSPRC8                    DEL NORTE SUPERIOR COURT                    PAGE   3
DATE  6/09/08        CASE#: DN SU HC-PB-05-0005242-000                   TIME 15:43

                    FILE LOCATED AT: Case file to processing clerks
6/08/06 ORDER                                                            CRT5384000
                    ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF
                    TIME TO FILE RETURN SIGNED BY JUDGE FOLLETT. EXTENSIO
                    N OF TIME, TO AND INCLUDING JUNE 19TH
6/08/06 FILE TRACKING                                                    CRT5384000
                    FILE LOCATED AT: ESPE
6/12/06 ORDER FOR ATTY. FEES                                             CRT9875000
                    to George Mavris for 202.50 signed by judge William H
                    . Follett, copy to county 6/12/06
6/12/06 FILE TRACKING                                                    CRT5793001
                    FILE LOCATED AT: Returned to clerks for processing
6/19/06 RETURN ON HABEAS COR                                             CRT7937000
                    RETURN FILED ON HABEAS CORPUS
6/19/06 FILE TRACKING                                                    CRT7937000
                    FILE LOCATED AT: Follett
6/19/06 TRACKING              GIVE TO ESPE       FOR:  7/24/06 19:00     CRT5998000
 DISPOSITION: VACATE
                    TRACKING PURPOSE ONLY  CLERK TO REVIEW -Traverse due
                    from Atty George Mavris 7/19/06.
6/19/06 FILE TRACKING                                                    CRT5998000
                    FILE LOCATED AT: case filed back on wall
7/10/06 ATTY. FEE REQUEST                                                CRT5384000
                    ATTORNEY FEE REQUEST RECEIVED FROM GEO MAVRIS IN THE
                    AMOUNT OF $435.00
7/10/06 RECEIVED                                                         CRT5384000
                    ORDER
7/11/06 FILE TRACKING                                                    CRT5384000
                    FILE LOCATED AT: espe
7/11/06 FILE TRACKING                                                    CRT5998000
                    FILE LOCATED AT: Case file to Judge Follett
7/12/06 FILE TRACKING                                                    CRT5998000
                    FILE LOCATED AT: Case file to processing clerks
7/12/06 ORDER FOR ATTY. FEES                                             CRT9875000
                    to George Mavris for 435.00, signed by William H. Fol
                    lett, copy to county 7/13/06
7/17/06 TRAVERSE ON HB FILED                                             CRT5384000
                    TRAVERSE ON HABEAS CORPUS PETITION FILED
7/18/06 FILE TRACKING                                                    CRT5384000
                    FILE LOCATED AT: espe
7/21/06 FILE TRACKING                                                    CRT5998000
                    FILE LOCATED AT: Case file with Judge Follett
7/26/06 ORDER                                                            CRT5998000
                    FILED:  Order Setting Status Review
7/26/06 REVIEW                STATUS REVIEW      FOR:  9/22/06  8:30     CRT5998000
 DISPOSITION: REVIEW HELD
                    All parties present (def not present)
                    Mr. Alexander making a special appearance
                    Continuance was requested by Mr. Mavris
                    Mr. Mavris would request more time to meet with Mr. A
                    cuna
                    Intended decision is to dismiss
                    Ms. Hooley may appear telephonically
8/10/06 ATTY. FEE REQUEST                                                CRT5384000
                    ATTORNEY FEE REQUEST
```

```
ID-DSPRC8                      DEL NORTE SUPERIOR COURT                        PAGE   4
DATE  6/09/08          CASE#: DN SU HC-PB-05-0005242-000                   TIME 15:43

 8/10/06  FILE TRACKING                                                      CRT5384000
              FILE LOCATED AT: DOLORES
 8/23/06  FILE TRACKING                                                      CRT3054000
              FILE LOCATED AT: clerks office to be processed.
 8/23/06  ORDER FOR ATTY. FEES                                               CRT5384000
              ORDER FOR ATTY FEES IN THE AMOUNT OF $1230.00 SIGNED
              BY JUDGE WEIR
              COPY TO COUNTY
 9/13/06  ATTY. FEE REQUEST                                                  CRT5384000
              ATTORNEY FEE REQUEST
 9/13/06  RECEIVED                                                           CRT7937000
              Order
 9/13/06  FILE TRACKING                                                      CRT7937000
              FILE LOCATED AT: Espe
 9/13/06  FILE TRACKING                                                      CRT5998000
              FILE LOCATED AT: Case file to Judge Weir
 9/14/06  FILE TRACKING                                                      CRT3054000
              FILE LOCATED AT: clerks office to be processed.
 9/14/06  DOCKETING STATEMENT                                                CRT7937000
              RECEIVCE DOCUMENT FROM PETITIONER "RESPONSE TO COURT'
              S ORDER SETTING STATUS REVIEW/MEMORANDUM OF POINTS AN
              D AUTHORITIES IN SUPPORT THEREOF" FORWARDED DOCUMENTS
               TO PETITIONER'S ATTORNEY
 9/14/06  ORDER FOR ATTY. FEES                                               CRT9875000
              to George Mavris for 495.00, signed by judge Robert W
              . Weir, copy to county 9/15/06
 9/15/06  FILED                                                              CRT9875000
              Supplemental brief regarding "revalidation". Submissi
              on by Arcadio Acuna in response to court's invitation
               for supplemental briefing.
 9/15/06  FILE TRACKING                                                      CRT9875000
              FILE LOCATED AT: to judge Follett for review.
 9/15/06  FILED                                                              CRT5998000
              FILED: Supplemental Briefing for Hearing by AG and D
              eclaration of Terry Rosenkrans in Support of Responde
              nt's Supplemental Briefing for Hearing.
 9/19/06  DOCKETING STATEMENT                                                CRT5998000
              Original Supplemental Briefing for Hearing filed 9/15
              /06 by AG replaced fax.
 9/22/06  REVIEW             TELEPHONIC APPEAR FOR: 10/06/06   8:30          CRT4922000
     DISPOSITION: HEARING HELD
              Plaintiff not personally present.
              Attorney Mavris not present.
              Mr. Alexander special appearance for Mavris.
              Defendant not personally present.
              Attorney Hooley - present telephonically.
              No appearance in opposition.
              Argued by counsel and submitted.
              Case dismissed, petition dismissed/discharged,OSC
              dismissed.
10/02/06  FILED                                                              CRT5592000
              Supplemental Declaration of Arcadio Acuna
10/06/06  DISMISSAL                                                          CRT9649000
11/03/06  ATTY. FEE REQUEST                                                  CRT9875000
              ATTORNEY FEE REQUEST from George Mavris for 1,095.00
```

```
ID-DSPRC8                   DEL NORTE SUPERIOR COURT                    PAGE   5
DATE  6/09/08        CASE#: DN SU HC-PB-05-0005242-000                  TIME 15:43
                filed, order rcvd.
11/06/06  FILE TRACKING                                                 CRT9875000
              FILE LOCATED AT: to Jamie for review, then to WHF
11/06/06  FILE TRACKING                                                 CRT7937000
              FILE LOCATED AT: Follett
 1/24/07  MINUTE ORDER                                                  CRT7937000
              MINUTE ORDER See Minute Order
 1/24/07  FILE TRACKING                                                 CRT7937000
              FILE LOCATED AT: on Wall
```