1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JONATHAN L. WOLFF
   Supervising Deputy Attorney General
5  CHARLES J. ANTONEN, State Bar No. 221207
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5443
    Fax: (415) 703-5843
8   Email: Charles.Antonen@doj.ca.gov

9  Attorneys for Defendants
   J. Woodford, E. Alameida, R. Kirkland, L. Chrones,
10 G. Williams, N. Grannis, E. Fischer, D. Hawkes,
   M. Ruff, M. Hunter, J. Garcilazo, and W. Luper

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCADIO S. ACUNA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEA ANN CHRONES, et al.,<br><br>　　　　　　　　　　　Defendants. | C 07-5423 VRW (PR)<br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO EXHAUST AND FAILURE TO STATE A CLAIM |

TO PLAINTIFF ARCADIO ACUNA, IN PRO SE:

　　**PLEASE TAKE NOTICE** that Defendants J. Woodford, E. Alameida, R. Kirkland, L. Chrones, G. Williams, N. Grannis, E. Fischer, D. Hawkes, M. Ruff, J. Garcilazo, M. Hunter, and W. Luper (Defendants) move this Court to dismiss Plaintiff's action under the unenumerated portion of Federal Rule of Civil Procedure 12(b) because Plaintiff, a state prisoner, failed to exhaust his administrative remedies before bringing this 42 U.S.C. § 1983 action as mandated by the Prison Litigation Reform Act (PLRA).

1     **PLEASE TAKE FURTHER NOTICE** that the Court may look beyond the pleadings and decide disputed issues of fact when ruling on Defendants' unenumerated Rule 12(b) motion. *Wyatt v. Terhune*, 315 F.3d 1108, 1119-20 (9th Cir. 2003). Plaintiff may provide evidence to the Court to dispute that which is presented by Defendants. *Id.* at n.14.

    **PLEASE TAKE FURTHER NOTICE** that Defendants move this Court to dismiss Plaintiff's action under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff's complaint fails to state a claim not barred by the doctrines of res judicata and collateral estoppel, fails to establish supervisor liability under 42 U.S.C. § 1983, and fails to demonstrate a constitutional right to an administrative-appeals process.

    **PLEASE TAKE FURTHER NOTICE** that Defendants move this Court to find that Defendants are entitled to qualified immunity for Plaintiff's claims.

    This motion is based upon this Notice, the Memorandum of Points and Authorities, the declarations and exhibits filed in support, the request for judicial notice, as well as the pleadings and records on file in this case.

Dated: June 23, 2008

    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General

/s/ Charles J. Antonen
_____
CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants
J. Woodford, E. Alameida, R. Kirkland, L. Chrones,
G. Williams, N. Grannis, E. Fischer, D. Hawkes,
M. Ruff, M. Hunter, J. Garcilazo, and W. Luper

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Acuna v. Chrones, et al.**
No.:   **C 07-5423 VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 23, 2008**, I served the attached

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO EXHAUST AND FAILURE TO STATE A CLAIM**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**DECLARATION OF N. GRANNIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b) AND 12(b)(6)**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:
**Arcadio Acuna, C-43165**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95532**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 23, 2008**, at San Francisco, California.

| J. Palomino | /s/ J. Palomino |
|---|---|
| Declarant | Signature |