# EXHIBIT A

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: C43165

04/24/2008

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | Special Needs |
|---|---|---|---|---|---|
| C43165 | ACUNA, ARCADIO | PBSP | 11/17/2004 | | |

### Accepted Appeals

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0505249 | MAIL | Prior to subcategory | 11/10/2005 | PBSP-05-02184 | 02/10/2006 | 02/10/2006 | DENIED |
| 0411943 | MAIL | Prior to subcategory | 06/06/2005 | PBSP-05-00349 | 08/30/2005 | 08/25/2005 | DENIED |
| 0500285 | CASE INFO/RECORDS | Prior to subcategory | 07/07/2005 | CAL-04-00545 LAC-04-02386 | 09/30/2005 | 09/23/2005 | DENIED |
| 0511576 | PROGRAM | Prior to subcategory | 04/12/2006 | PBSP-06-00095 | 07/07/2006 | 06/09/2006 | DENIED |
| 0511886 | CUSTODY/CLASS | Prior to subcategory | 04/19/2006 | PBSP-05-02559 | 07/14/2006 | 06/22/2006 | DENIED |
| 0514978 | FUNDS | Prior to subcategory | 06/13/2006 | PBSP-06-00550 | 09/07/2006 | 08/28/2006 | DENIED |
| 0603584 | CASE INFO/RECORDS | Prior to subcategory | 09/21/2006 | PBSP-06-01842 | 12/20/2006 | 12/01/2006 | DENIED |
| 0607165 | CUSTODY/CLASS | Prior to subcategory | 12/18/2006 | PBSP-06-02400 | 03/19/2007 | 03/14/2007 | DENIED |
| 0714956 | TRANSFER | Hardship | 11/20/2007 | PBSP-07-01953 | 02/21/2008 | 02/20/2008 | DENIED |
| 9303856 | LIVING CONDITIONS | Prior to subcategory | 02/18/1994 | -93-08068 | 12/17/1993 | 01/07/1994 | DENIED |
| 9306060 | STAFF COMPLAINTS | Prior to subcategory | 02/18/1994 | -93-11282 | 03/25/1994 | 04/22/1994 | DENIED |
| 9307166 | LEGAL | Prior to subcategory | 04/04/1994 | -94-00379 | 05/06/1994 | 06/17/1994 | DENIED |
| 9401295 | LEGAL | Prior to subcategory | 08/22/1994 | -94-05925 | 09/23/1994 | 10/28/1994 | DENIED |
| 9401411 | STAFF COMPLAINTS | Prior to subcategory | 08/26/1994 | -94-06559 | 09/23/1994 | 11/11/1994 | DENIED |
| 9402676 | LEGAL | Prior to subcategory | 10/12/1994 | -94-07398 | 11/11/1994 | 01/06/1994 | DENIED |
| 9405120 | LIVING CONDITIONS | Prior to subcategory | 01/19/1995 | -94-11019 | 02/17/1995 | 03/31/1995 | DENIED |
| 9408147 | LEGAL | Prior to subcategory | 05/31/1995 | -95-02896 | 06/23/1995 | 07/14/1995 | DENIED |
| 9408784 | DISCIPLINARY | Prior to subcategory | 06/19/1995 | -95-03645 | 07/21/1995 | 09/01/1995 | DENIED |
| 9501026 | STAFF COMPLAINTS | Prior to subcategory | 08/14/1995 | -95-04439 | 09/15/1995 | 10/13/1995 | DENIED |

Inmate Appeals Branch

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Inmate / Parolee Appeals Tracking System - Level III

04/24/2008

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs |
|---|---|---|---|---|---|---|---|
| C43165 | ACUNA, ARCADIO | PBSP | 11/17/2004 | | | | |

| CDCR Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 9502034 | STAFF COMPLAINTS | Prior to subcategory | 09/19/1995 | -95-06283 | 10/20/1995 | 11/03/1995 | DENIED |
| 9502393 | LEGAL | Prior to subcategory | 09/29/1995 | -95-04262 | 11/03/1995 | 11/24/1995 | DENIED |
| 9507311 | CASE INFO/RECORDS | Prior to subcategory | 03/25/1996 | -95-11523 | 04/26/1996 | 05/10/1996 | DENIED |
| 9507817 | LIVING CONDITIONS | Prior to subcategory | 04/08/1996 | -95-11733 | 05/10/1996 | 06/07/1996 | DENIED |
| 9507824 | LIVING CONDITIONS | Prior to subcategory | 04/08/1996 | -96-02590 | 05/10/1996 | 06/07/1996 | DENIED |
| 9602029 | STAFF COMPLAINTS | Prior to subcategory | 08/27/1996 | -96-03912 | 09/27/1996 | 10/18/1996 | DENIED |
| 9602661 | STAFF COMPLAINTS | Prior to subcategory | 09/17/1996 | -96-04714 | 10/18/1996 | 12/13/1996 | DENIED |
| 9606942 | LEGAL | Prior to subcategory | 01/30/1997 | -96-08454 | 04/25/1997 | 04/11/1997 | DENIED |
| 9608473 | LIVING CONDITIONS | Prior to subcategory | 03/20/1997 | -97-01480 | 06/13/1997 | 05/20/1997 | DENIED |
| 9610125 | LEGAL | Prior to subcategory | 05/08/1997 | -97-01238 | 08/01/1997 | 06/27/1997 | DENIED |
| 9700927 | MAIL | Prior to subcategory | 08/04/1997 | PBSP-97-03393 | 10/29/1997 | 09/12/1997 | DENIED |
| 9809145 | MAIL | Prior to subcategory | 05/18/1999 | PBSP-99-00698 | 08/10/1999 | 10/01/1999 | DENIED |

Screen Outs

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0500285 | CASE INFO/RECORDS | Prior to subcategory | 08/12/2005 | CAL-04-00545 LAC-04-02386 | 08/12/2005 | | APPEAL HAS BEEN FULLY ADJUDICATED |
| 0511886 | CUSTODY/CLASS | Prior to subcategory | 01/09/2006 | PBSP-05-02559 | 01/09/2006 | | MISSING DOCUMENTATION |
| 5001065 | LIVING CONDITIONS | Prior to subcategory | 01/14/2005 | LAC-09-02386 | 01/14/2005 | | |
| 5002224 | CASE INFO/RECORDS | Prior to subcategory | 05/04/2005 | LAC-X-04-02386 | 05/04/2005 | | |
| 5076703 | MEDICAL | Prior to subcategory | 05/08/2003 | LAC-03-00823 | 05/08/2003 | | APPEAL GRANTED AT INSTITUTIONAL LEVEL APPEAL REJECTED/WITHDRAWN/CAN |
| 5100255 | LIVING CONDITIONS | Prior to subcategory | 09/29/2004 | CAL-04-545/L | 09/29/2004 | | MISSING DOCUMENTATION |