IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCADIO S. ACUNA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEA ANN CHRONES, et al.,<br><br>　　　　　　　　　Defendants. | C 07-5423 VRW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b) and 12(b)(6) |

　　　Defendants J. Woodford, E. Alameida, R. Kirkland, L. Chrones, G. Williams, N. Grannis, E. Fischer, D. Hawkes, M. Ruff, M. Hunter, J. Garcilazo, and W. Luper's (Defendants) motion to dismiss came on regularly for hearing before the Court. Upon reviewing Defendants' motion, Plaintiff's opposition, if any, and Defendants' reply, it is ordered:

　　　Defendants' Motion to Dismiss is GRANTED.

　　　IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　The Honorable Vaughn R. Walker
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Order Granting Defs.' Mot. to Dismiss　　　　　　　　　　　　　　　　　　　　Acuna v. Chrones, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-5423 VRW

1