IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCADIO S. ACUNA,<br><br>                              Plaintiff,<br><br>       v.<br><br>LEA ANN CHRONES, et al.,<br><br>                              Defendants. | C 07-5423 VRW<br><br>[PROPOSED] ORDER STAYING DISCOVERY PENDING A RULING ON DEFENDANTS' MOTION TO DISMISS REGARDING THE DEFENSE OF QUALIFIED IMMUNITY |

    Defendants J. Woodford, E. Alameida, R. Kirkland, L. Chrones, G. Williams, N. Grannis, E. Fischer, D. Hawkes, M. Ruff, M. Hunter, J. Garcilazo, and W. Luper (Defendants) filed a motion for an order staying discovery pending the Court's ruling on Defendants' Motion to Dismiss. The basis for the application is that all discovery should be stayed, including all discovery motions, until the threshold issue of qualified immunity is resolved.

    GOOD CAUSE APPEARING, Defendants' motion is GRANTED, and all discovery, including discovery motions, is stayed pending the Court's ruling on Defendants' Motion to Dismiss.

    IT IS SO ORDERED.

Dated: _____

                                                             The Honorable Vaughn R. Walker
                                                             U.S. District Court Judge

Order Granting Defs.' Mot. for Disc. Stay                                                              *Acuna v. Chrones, et al.*
                                                                                                        C 07-5423 VRW

1