1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

11 | **ARCADIO S. ACUNA,** | C 07-5423 VRW

12 | Plaintiff, | **[PROPOSED] ORDER STAYING DISCOVERY**

13 | v. | **PENDING A RULING ON DEFENDANTS' MOTION TO**

14 | **LEA ANN CHRONES, et al.,** | **DISMISS REGARDING THE DEFENSE OF QUALIFIED**

15 | Defendants. | **IMMUNITY**

16

17    Defendants J. Woodford, E. Alameida, R. Kirkland, L. Chrones, G. Williams, N. Grannis,

18 E. Fischer, D. Hawkes, M. Ruff, M. Hunter, J. Garcilazo, and W. Luper (Defendants) filed a

19 motion for an order staying discovery pending the Court's ruling on Defendants' Motion to

20 Dismiss. The basis for the application is that all discovery should be stayed, including all

21 discovery motions, until the threshold issue of qualified immunity is resolved.

22    GOOD CAUSE APPEARING, Defendants' motion is GRANTED, and all discovery,

23 including discovery motions, is stayed pending the Court's ruling on Defendants' Motion to

24 Dismiss.

25    IT IS SO ORDERED.

26

27 Dated: _____June 26, 2008_____

28

IT IS SO ORDERED

Judge Vaughn R Walker

Order Granting Defs.' Mot. for Disc. Stay

*Acuna v. Chrones, et al.*
C 07-5423 VRW

1