NAME: Arcadio Acuna
CDC NO: C49165   HOUSING: C-10-124

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

**CONFIDENTIAL LEGAL MAIL**

LEGAL MAIL

DDeperr MD

7-3-08