Arcadio S. Acuna # C-43165
Pelican Bay State Prison
P.O. Box 7500 /FC 10-124
Crescent City, CA 95532

In Pro Per

FILED
08 JUL -9 PM 3:57
[CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

In the United States District Court
For the Northern District of California
San Francisco Division

Arcadio S. Acuna,
    plaintiff,
v.                                              No. C-07-5423 VRW
Lea Ann Chrones, et. al.,
    Defendant                                   Application for Appointment
                                                of Counsel

[STAMP: PELICAN BAY STATE PRISON SECURITY HOUSING UNIT C 10-a]

Comes Now, plaintiff Arcadio S. Acuna, a state prisoner proceeding in pro se in the above entitled Cause of Action, hereby moves the Court for an Order appointing an attorney to represent him in the present case now pending before the court because plaintiff cannot afford to employ the services of an attorney to litigate the case.

This motion is based upon plaintiff's affidavit in support of his Motion to Proceed in Forma Pauperis

(1)

and this application for appointment of counsel.

Furthermore, while plaintiff understands he does not have a constitutional right to have counsel appointed, federal judges have the discretion to assign counsel to represent indigent prisoner plaintiffs.

By this motion I declare that I have a limited understanding of the law, legal theories and court procedures and am struggling to comprehend and answer Defendants Motion to Dismiss the complaint as it contains complex issues of law and legal theories. Plaintiff asserts that under the circumstances of this case due process requires the appointment of counsel.

Moreover, the Court may appoint counsel if it finds the interest of justice so require. And, in deciding whether to assign counsel to a case the Court will evaluate the likelihood of success on the merits as well as the applicants ability to articulate his claims in light of the complexity of the legal issue involved. As such, plaintiff respectfully pleads appointment of counsel is necessary in this case.

Date: June 29, 2008     Respectfully submitted,

Arcadio S. Acuna
Arcadio S. Acuna, plaintiff
In Pro Per

(2)

## Proof of Service By Mail

I, Arcadio S. Acuna, declare:

I am over 18 years of age, and a party to the attached cause of action, that I reside in Crescent City in the County of Del Norte, California. My mailing address is:
P.O. Box 7500 /FC-10-124, Crescent City, CA 95532.

On June 29, 2008, I delivered to prison officials for mailing at the above address, the attached <u>Application for Appointment of Counsel</u>, in a sealed envelope to:

Charles J. Antonen
Deputy Attorney General
455 Golden Gate Avenue, Ste. 11000
San Francisco, CA
94102-7004

I declare under penalty of perjury that the foregoing is true and correct and was executed on this 29th day of June, 2008, in Crescent City, California.

_Arcadio S. Acuna_
Arcadio S. Acuna, Declarant
In Pro Per