NAME: Arcadio Acuna
CDC NO: C49165  HOUSING: C-10-124

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

$00.59⁰  JUL 07 2008
MAILED FROM ZIP CODE 95531

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

CONFIDENTIAL LEGAL MAIL

**LEGAL MAIL**

*DDepew MD*

*7-3-08*