IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCADIO S. ACUNA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEA ANN CHRONES,<br><br>    Defendant(s). | No C 07-5423 VRW (PR)<br><br>ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL AND GRANTING EXTENSION OF TIME |

    Plaintiff's request for appointment of counsel under 28 USC § 1915 is DENIED for lack of exceptional circumstances. See Terrell v Brewer, 935 F2d 1015, 1017 (9th Cir 1991); Wilborn v Escalderon, 789 F2d 1328, 1331 (9th Cir 1986). The court will consider appointment of counsel on its motion, and seek volunteer counsel to agree to represent plaintiff pro bono, if it determines at a later time in the proceedings that appointment of counsel is warranted.

    Plaintiff's request for an extension of time to file an opposition to defendants' motion to dismiss is GRANTED. Plaintiff shall file an opposition by no later than August 29, 2008, and defendants shall file a reply within 15 days thereafter.

    The clerk shall terminate the motions in docket numbers 24 and 25.

    SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.07\Acuna, A1.eot.wpd