UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ACUNA,

         Plaintiff,

v.

CHRONES et al,

         Defendant.

Case Number: C07-5423 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arcadio S. Acuna C-43165
Pelican Bay State Prison
C-10-119
P O Box 7500
Crescent City, CA 95532

Charles J. Antonen e-notified
California Department of Justice
455 Golden Gate Avenue
Suite 1100
San Francisco, CA 94102

Dated: July 17, 2008

                                      Richard W. Wieking, Clerk
                                      By: Cora Klein, Deputy Clerk

*Cora Klein* (signature)